UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| : | |
| TRACY DENNIS, : | |
| : | CASE NO. 20-63562-PMB |
| Debtor. : | |
| : | |
| S. GREGORY HAYS, Chapter 7 Trustee for the Estate of Tracy Dennis, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | ADVERSARY PROCEEDING |
| : | NO. 20-06079-PMB |
| UNITED COMMUNITY BANK, : | |
| : | |
| Defendant. : | |

**ACKNOWLEDGEMENT OF SERVICE AND
STIPULATION EXTENDING TIME**

United Community Bank (the "**Defendant**"), by and through undersigned counsel hereby acknowledges service of the *Summons in an Adversary Proceeding* [Doc. No. 2] (the "**Summons**") and the *Complaint* [Doc. No. 1] (the "**Complaint**") in the above styled action and waives any further or additional service of the Summons or Complaint – reserving, and without prejudice to, any defenses or arguments other than sufficiency of service of process and sufficiency of process.

In addition, S. Gregory Hays, Chapter 7 Trustee (the "**Plaintiff**") for the bankruptcy estate of the Tracy Dennis (the "**Bankruptcy Estate**"), and the Defendant, by and through undersigned counsel, and, pursuant to Local Rule 9006-1, hereby stipulate that the time within which the Defendant may answer or otherwise plead shall be extended through and including

15057574v1

July 25, 2020.  This is the first such extension of time to which Plaintiff and the Defendant have agreed.

This 5th day of June, 2020.

        ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    Georgia Bar No. 645709
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
Phone: (404) 873-8500
Email: michael.bargar@agg.com


LAW OFFICES OF ELIZABETH A. STUHLDREHER
*Attorneys for Defendant*

By: */s/ Elizabeth A. Stuhldreher*
    (with express permission by MJB)
    Elizabeth A. Stuhldreher
    Georgia Bar No. 690147
P. O. Box 327
Ellijay, GA  30540
Phone: 706.889.0444
Email: stuhldreherlaw@gmail.com

15057574v1

## CERTIFICATE OF SERVICE

This is to certify that I, Michael J. Bargar, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *Acknowledgement of Service and Stipulation Extending Time* by first class United States mail, with adequate postage affixed to assure delivery on all those persons or entities set forth below at addresses stated:

Elizabeth A. Stuhldreher
P. O. Box 327
Ellijay, GA  30540

This 5th day of June, 2020.

*/s/ Michael J. Bargar*
Michael J. Bargar
Georgia Bar No. 645709

15057574v1