## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-63562-PMB |
| | ) | |
| TRACY DENNIS, | ) | |
| | ) | CHAPTER 7 Proceeding |
| Debtor. | ) | |
| ⸺⸺⸺⸺⸺⸺⸺⸺ | ) | |
| | ) | Adversary Proceeding No. 20-06079-PMB |
| S. GREGORY HAYS, | ) | |
| Chapter 7 Trustee For The Estate Of | ) | |
| Tracy Dennis, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED COMMUNITY BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| ⸺⸺⸺⸺⸺⸺⸺⸺ | ) | |

### DEFENDANT UNITED COMMUNITY BANK'S ANSWER AND DEFENSES

**COMES NOW** United Community Bank ("United"), through undersigned counsel, and hereby files this Answer to the Complaint, respectfully showing the Honorable Court as follows:

### AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim or cause of action against United upon which relief may be granted.

### SECOND DEFENSE

United conducted itself in good faith, with due diligence and in a manner that was reasonable and appropriate under the circumstances.

1

## THIRD DEFENSE

The transaction which is the subject of this avoidance action occurred in the "ordinary course of business".

## FOURTH DEFENSE

United expressly reserves its respective right(s) to amend this Answer and/or to delete or assert additional affirmative defenses if facts come to light in this matter so as to warrant the assertion of additional defenses.

## FIFTH DEFENSE

United denies each and every allegation contained in the Complaint, whether express or implied, that is not expressly and unequivocally admitted in this Answer.

## SIXTH DEFENSE

Subject to and without waiving any of their other respective rights, defenses or objections, United, by and through its undersigned counsel, further responds to the specific averments and allegations contained in the individual and enumerated paragraphs of Plaintiff's Complaint separately and as follows:

1.

United agrees that this proceeding was initiated correctly, but any allegations against United which may be contained in this Paragraph or which are implied are denied.

2.

United agrees that this proceeding is a core proceeding, but any allegations against United which may be contained in this Paragraph or which are implied are denied.

3.

United agrees that this proceeding was initiated correctly, but any allegations against United which may be contained in this Paragraph or which are implied are denied.

4.

United agrees that venue is proper, but any allegations against United which may be contained in this Paragraph or which are implied are denied.

5.

United agrees that this Court has jurisdiction over this adversary proceeding, but any allegations against United which may be contained in this Paragraph or which are implied are denied.

6.

United agrees that the Bankruptcy Court is otherwise empowered to enter a final order or judgment as alleged in this Paragraph, but any allegations against United which may be contained in this Paragraph or which are implied are denied.

7.

United agrees that it is subject to the jurisdiction of this Court, but any allegations against United which may be contained in this Paragraph or which are implied are denied.

8.

United states the referenced document speaks for itself.  By way of further answer, United admits the allegations in Paragraph 8 of the Complaint.

9.

United is without information to confirm or deny the information contained in Paragraph 9 of the Complaint.

3

10.

United is without information to confirm or deny the information contained in Paragraph 10 of the Complaint.

11.

United is without information to confirm or deny the information contained in Paragraph 11 of the Complaint.

12.

United is without information to confirm or deny the information contained in Paragraph 12 of the Complaint.

13.

United states the referenced document speaks for itself.  By way of further answer, United admits the allegations in Paragraph 13 of the Complaint.

14.

United denies as-stated Paragraph 14 of the Complaint.

15.

United states the referenced document speaks for itself.  By way of further answer, United would state that the Debtor executed a security deed on October 15, 2019, granting a security interest in the Property to United ("UCB Deed") and at the time of execution of this Answer, the amount of the debt is $173,389.22.

16.

United states the referenced document speaks for itself.  By way of further answer, United admits the allegations in Paragraph 16 of the Complaint.

17.

United admits the allegations in Paragraph 17 of the Complaint.

18.

United denies as-stated, the allegations contained in Paragraph 18 of the Complaint.  By further answer, United filed[1] the UCB Deed with the Clerk of Superior Court of Fulton County ("County") on October 28, 2019, when the UCB Deed was delivered via Federal Express. Despite the closing firm sending in the correct amount for recording the Warranty Deed and UCB Deed, the Warranty Deed and UCB Deed was rejected by the County based on an underpayment of $2.00 and returned to the closing attorney.  The UCB Deed was once again sent to the County on January 10, 2020 for recording.  However, once again it was rejected by the County based on a missing "0" in the parcel identification number.  The UCB Deed was once again sent to the County on January 28 for recording.  However, it was again rejected by the County based on intangible penalties.  The UCB Deed was, for the last time, returned to the County on February 3 and was recorded on February 5, 2020.  (See Affidavit of Maria Repokis, which is incorporated and attached hereto as Exhibit "A").

19.

United states the referenced document speaks for itself.  By way of further answer, United is without information to confirm or deny the information contained in Paragraph 19 of the Complaint.

---

[1]  Pindar's notes that "[t]he rule in Georgia is that once a purchaser or lender properly files his deed with the clerk for record, he is not responsible for what the clerk does with it, whether he actually records it or not, and whether he properly indexes it or fails to do so" and "[t]he actual recording is the duty of the clerk, and the statute does not contemplate that a failure on the part of the clerk to perform his duty or an erroneous performance of it shall operate to defeat the grantee who has properly filed his deed." See "Pindar's Georgia Real Estate Law And Procedure With Forms", (2020), Part IV, Chapter 19. Section K.

20.

United denies as-stated, the allegations contained in Paragraph 20 of the Complaint.  By way of further answer, at the time of the execution of the UCB Deed the Debtor was solvent as shown by the Loan Application executed October 15, 2019 ("Loan Application") which is incorporated herein and attached as Exhibit "B".

<u>COUNT I</u>
<u>AVOIDANCE OF THE TRANSFER PURSUANT</u>
<u>TO SECTION 547 OF THE BANKRUPTCY CODE</u>

21.

United incorporates by reference its responses to Paragraphs 1-20 above as if fully set forth herein.

22.

United denies as-stated, the allegations contained in Paragraph 22 of the Complaint.  By way of further response, the UCB Deed was a transfer of interest of Debtor in the Property.

23.

United denies as-stated, the allegations contained in Paragraph 23 of the Complaint.  By way of further response, the UCB Deed was made for the benefit of the Defendant and the Debtor who received funds in the original amount of $169,990.00.

24.

United denies as-stated, the allegations contained in Paragraph 24 of the Complaint.  By way of further response, a note was executed by the Debtor for a debt owned in the amount of $169,990.00 and the UCB Deed reflects the transfer of interest of Debtor in the Property.

25.

United denies as-stated, the allegations contained in Paragraph 22 of the Complaint.  By way of further response, at the time of the execution of the UCB Deed the Debtor was solvent as shown on the Loan Application.

26.

United denies as-stated, the allegations contained in Paragraph 26 of the Complaint.  By way of further response, the Petition was filed by the Debtor over 90 days after the Note and the UCB Deed were executed on October 15, 2019, and filed with the Clerk of Superior Court on October 28, 2019.  *See* Affidavit.

27.

United denies as-stated, the allegations contained in Paragraph 27 of the Complaint.

28.

United denies the allegations contained in Paragraph 28 of the Complaint.

COUNT II
RECOVERY OF AVOIDED TRANSFER
PURSUANT TO SECTION 550 OF THE BANKRUPTCY CODE

29.

United incorporates by reference its responses to Paragraphs 1-28 above as if fully set forth herein.

30.

United denies as-stated, the allegations contained in Paragraph 30 of the Complaint.  By way of further response, the Defendant is the owner of interest in the Property pursuant to the UCB Deed.

7

31.

United denies the allegations contained in Paragraph 31 of the Complaint. By way of further answer, United denies that the Plaintiff can avoid the transfer at issue in this case.

COUNT III
PRESERVATION OF THE AVOIDED TRANSFER
PURSUANT TO SECTION 551 OF THE BANKRUPTCY CODE

32.

United incorporates by reference its responses to Paragraphs 1-31 above as if fully set forth herein.

33.

United is denies as-stated, the allegations contained in Paragraph 33 of the Complaint.

34.

United is without information to confirm or deny the information contained in Paragraph 34 of the Complaint.

35.

United denies each and every allegation not specifically admitted herein.

WHEREFORE, having fully answered the Complaint, Defendant United Community Bank prays that this Court enter an order in favor of United, that its security deed is not vacated and is a valid secured debt of the Debtor, and that United have such other and further relief as is just and proper.

This 7th  day of August, 2020.

Respectfully submitted,

THE GILROY FIRM

_____/s/ Monica K. Gilroy_____
MONICA K. GILROY
Georgia Bar No. 427520
MATTHEW F. TOTTEN
Georgia Bar 798589
Attorneys for United Community Bank
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922
Monica.Gilroy@gilroyfirm.com
Matthew.totten@gilroyfirm.com

9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-63562-PMB |
| | ) | |
| TRACY DENNIS, | ) | CHAPTER 7 Proceeding |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Adversary  Proceeding  No.  20-06079-PMB |
| S. GREGORY HAYS, | ) | |
| Chapter 7 Trustee For The Estate Of | ) | |
| Tracy Dennis, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED COMMUNITY BANK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**AFFIDAVIT OF  MARIA REPOKIS**

PERSONALLY  APPEARED  before  me,  the  undersigned  officer  duly  authorized  to
administer  oaths  in  said  State  and  County,  comes  the  undersigned,  who  being  duly  sworn
deposes and says as follows:

1.       Affiant  is  of  legal  age  and  under  no  legal  disability,  and  Affiant  makes  this
affidavit based upon personal knowledge and authorizes its use for any and all purposes allowed
by Georgia law.

2.       I was the closing attorney, for Wessels and Gerber, P.C. ("the Firm") on or about
October 15, 2019, for that certain Security Deed executed by Tracy Dennis in favor of United
Community Bank ("UCB Deed") for that property known as 6885 Estepona Street, Atlanta,
Fulton County, Georgia 30349 ("Closing").

1

3.      As part of the Closing, the Firm calculated the recording fees, transfer taxes, and intangible taxes for the Warranty Deed and UCB Deed using the guidelines it uses for all closings.  The Warranty Deed was one page and its recording fee was $10.00.  The Security Deed contained 15 pages and its recording fee was $38.00.   The property sold for $169,990.00, so the transfer tax was calculated to be $170.00.  The loan was for $169,990.00 so the intangible tax was calculated to be $510.00.

4.      As part of the Closing, the Firm cut checks on October 15, 2019 made payable to the Clerk of Superior Court of Fulton County, Georgia ("County") as follows: Check 69847 in the amount of $48.00 for recording fees, Check 69848 in the amount of $170.00 for transfer tax and Check 69849 in the amount of $510.00 for intangible tax ("Original Payment"). A copy of the Check Disbursement Statement showing the cut checks is attached to the Business Records Affidavit attached which is incorporated herein and attached hereto as Exhibit "A".

5.      On October 25, 2019, the Firm sent the Warranty Deed, the UCB Deed and Original Payment ("Closing Package") to the County via Federal Express shipment.  This action was memorialized in a logbook maintained by the Firm which lists documents sent to counties for recording ("the Log").   The Log is attached to the Business Records Affidavit.

6.      The Warranty Deed and UCB Deed were filed with the County on October 28, 2019, as shown by the Federal Express invoice and Proof of Delivery attached to the Business Records Affidavit.

7.      Despite the Firm sending the correct funds for recording the documents, the County rejected the Closing Package stating the recording fees were short $2.00.

8.      Based on extensive experience dealing with recording documents with Fulton County, at that time of year, it was not unusual for the County to receive original documents and

2

not review and record them for over a month.  Additionally, it was not unusual for the County to take several weeks in returning documents to the Firm.

9.      It is standard practice for the Firm to return rejected documents within one week of receiving them from a Clerk.

10.     The Firm received the rejected Closing Package from the County at the end of December or beginning of January.

11.     On January 10, the Firm issued Check 9746 in the amount of $2.00 made payable to Clerk of Superior Court.  The Closing Package and $2.00 check were returned to the County as reflected on the Log dated January 10, 2020.

12.     The Closing Package was delivered to the County on January 13, 2020, as shown by the Federal Express invoice and Proof of Delivery attached to the Business Records Affidavit.

13.     The County once again rejected the Closing Package because the parcel number was listed on the original documents as 13-156-LL-356-2 and should have been 130156-LL-356-2.

14.     On January 28, 2020, the Firm voided Check 9746 and reissued Check 9777 for $2.00 and it is believed that the check had been damaged in the return shipment.

15.     On January 28, 2020, the Firm mailed the corrected Closing Package and additional checks to the County as reflected on the Log dated January 28, 2020.

16.     The corrected Closing Package was delivered to the County on January 29, 2020, as shown by the Federal Express invoice and Proof of Delivery attached to the Business Records Affidavit.

17.     Once again, the County rejected the Closing Package because of penalties and interest for intangible tax for late filing, and returned the Closing Package to the Firm.

3

18.     On February 3, 2020, the Firm issued Check 9783 in the amount of $269.13 made payable to Clerk of Superior Court for additional intangible fees and penalties.  The Closing Package and additional checks were returned to the County as reflected on the Log dated February 3, 2020.

19.     The Closing Package was delivered to the County on February 4, 2020, as shown by the Federal Express invoice and Proof of Delivery attached to the Business Records Affidavit.

20.     On February 12, 2020, the checks made payable to the County were endorsed as shown on the records attached to the Business Records Affidavit.

21.     The Warranty Deed was recorded on February 5 2020, in Deed Book 61153 Page 314 and the UCB Deed was recorded on February 5, 2020, in Deed Book 61153, Page 315.

_____

Maria Repokis, Attorney

Sworn to and subscribed before me

This ___ day of August, 2020.

NOTARY PUBLIC

My Commission Expires:

JESSICA MORELAND
NOTARY PUBLIC
Cherokee County, Georgia
My commision expires:
August 31 2023

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-63562-PMB |
| | ) | |
| TRACY DENNIS, | ) | |
| | ) | CHAPTER 7 Proceeding |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | Adversary  Proceeding  No.  20-06079-PMB |
| S. GREGORY HAYS, | ) | |
| Chapter 7 Trustee For The Estate Of | ) | |
| Tracy Dennis, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED COMMUNITY BANK, | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## BUSINESS RECORDS AFFIDAVIT

PERSONALLY  APPEARED  before  me,  the  undersigned  officer  duly  authorized  to administer  oaths  in  said  State  and  County,  comes  the  undersigned,  who  being  duly  sworn deposes and says as follows:

1.    Affiant  is  of  legal  age  and  under  no  legal  disability,  and  Affiant  makes  this affidavit based upon personal knowledge with the facts herein stated and authorizes its use for any and all purposes allowed by Georgia law.

2.    I am an attorney with the firm of Wessels and Gerber, P.C., and am the custodian of  the  records  of  Wessels  and  Gerber,  P.C.;  in  such  capacity,  I  have  authority  to  certify  the attached records.

3.    Wessels and Gerber, P.C. acted as the closing attorney on or about October 16,

1

Exhibit "A" - Affidavit

2019, for that certain Security Deed executed by Tracy Dennis in favor United Community Bank for that property known as 6885 Estepona Street, Atlanta, GA 30349.

4.      Wessels and Gerber, P.C. maintains records for its closing activities, including the Security Deed identified in ¶ 3.

5.      Attached hereto are records from Wessels and Gerber, P.C. as follows:

a.   Landtech Receipt/Check Disbursement Statement from the Dennis Closing reflecting checks cut to the Superior Court on October 15, 2019 as follows: Check 69847 in the amount of $48.00, Check 69848 in the amount of $170.00 and Check 69849 in the amount of $510.00;

b.   Written log from October 25, 2019 reflecting a Warranty Deed and Security Deed for the Dennis Closing sent to Fulton County Clerk of Superior Court;

c.   Federal Express Invoice reflecting package shipped on October 25, 2019, and delivered October 28, 2019 to Fulton County Clerk;

d.   Proof of Delivery from Federal Express showing the package was delivered on October 28, 2019;

e.   Check stub for Check 9746 dated January 10, 2020, made payable to Clerk of Superior Court in the amount of $2.00;

f.   Written log from January 10, 2020, reflecting a Warranty Deed and Security Deed marked "Resend" for the Dennis Closing sent to Fulton County Clerk of Superior Court;

g.   Proof of Delivery from Federal Express showing the package was delivered to Fulton County Clerk on January 13, 2020;

2

h.  Written log from January 28, 2020, reflecting a Warranty Deed and Security Deed marked "Resend" for the Dennis Closing sent to Fulton County Clerk of Superior Court;

i.  Check Stub for Check 9777 in the amount of $2.00 indicating that it was to replace voided Check 9746;

j.  Check 9777 in the amount of $2.00 made payable to the Clerk of Superior Court (which shows that it posted on February 12, 2020);

k.  Federal Express Invoice reflecting package shipped on January 28, 2020, and delivered January 29, 2020 to Fulton County Clerk;

l.  Proof of Delivery from Federal Express showing the package was delivered on January 29, 2020;

m.  Check 9783 dated February 3, 2020, in the amount of $269.13 made payable to Clerk of Superior Court (which shows that it posted February 12, 2020);

n.  Written log from February 3, 2020, reflecting a Warranty Deed and Security Deed for the Dennis Closing sent to Fulton County Clerk of Superior Court;

o.  Federal Express Invoice reflecting package shipped on February 3, 2020, and delivered February 4, 2020 to Fulton County Clerk;

p.  Proof of Delivery from Federal Express showing the package was delivered on February 4, 2020;

q.  SunTrust Bank Account Statement dated February 29, 2020, showing Checks 69847, 69848 and 69849 clearing on February 12, 2020;

6.     The aforementioned documents, as attached, are true copies of the original documents kept by Wessels and Gerber, P.C. in the regular course of its business activity and

3

were prepared as a regular practice and custom.

7.    It is the regular practice of Wessels and Gerber, P.C. for an employee or representative with knowledge of the act or event recorded to make the record or to transmit information thereof to be included in such record; and the records were made at or near the time of the act memorialized therein, or reasonably soon thereafter, by a person or persons with knowledge of and a business duty to record or transmit those matters.

Maria Repokis, Attorney

Sworn to and subscribed before me

This 7th day of August, 2020.

NOTARY PUBLIC

My Commission Expires:

JESSICA MORELAND
NOTARY PUBLIC
Cherokee County, Georgia
My commision expires;
August 31  2023

4

## LANDTECH RECEIPT/CHECK DISBURSEMENT STATEMENT

BANK: WG-SunTrust -- ▇▇▇▇▇ -- Sandy Springs ATL

Page Number: 1                     Date: 08/04/2020                     Time: 04:13 PM

File Number: P19S-991

Seller(s): WJH LLC

Buyer(s): Tracy Dennis

Property Location: 6885 Estepona St, Atlanta, GA 30349
Lot 152/Heritage Park, LL 156/Fulton

| RECEIPT # | DATE | TYPE | NAME | AMOUNT |
|---|---|---|---|---|
| | 10/15/19 | WC | Tracy Dennis | 6,268.05 |
| | 10/15/19 | WC | United Community Bank | 167,015.95 |
| | 10/15/19 | RC | Tracy Dennis | 1,163.77 |
| | | | | =============== |
| | | | TOTAL DEPOSITS | 174,447.77 |

. . . . . . . . . . . . . . . . . . . . . . . . . .

| CHECK # | DATE | TYPE | NAME | AMOUNT |
|---|---|---|---|---|
| | 10/15/19 | WL | WJH LLC | 164,875.45 |
| 69841 | 10/15/19 | CL | Virtual Properties Realty | 3,033.36 |
| 69843 | 10/15/19 | CL | Wessels & Gerber, P.C. | 80.00 |
| 69844 | 10/15/19 | CL | American Strategic Ins Co | 597.00 |
| 69845 | 10/15/19 | CL | Heritage Park Community Association | 604.62 |
| 69846 | 10/15/19 | CL | Wessels & Gerber, P.C. | 255.00 |
| 69847 | 10/15/19 | CL | Clerk, Superior Court | 48.00 |
| 69848 | 10/15/19 | CL | Clerk, Superior Court | 170.00 |
| 69849 | 10/15/19 | CL | Clerk, Superior Court | 510.00 |
| 69850 | 10/15/19 | CL | Wessels & Gerber, P.C. | 1,205.00 |
| 69851 | 10/15/19 | CL | Veronica Has The Key LLC | 2,066.34 |
| | 10/15/19 | WL | Parkway Title | 1,003.00 |
| | | | | =============== |
| | | | TOTAL DISBURSEMENT | 174,447.77 |

*(handwritten annotation: "all these checks cleared in Feb.")*

. . . . . . . . . . . . . . . . . . . . . . . . . .

| | | | DIFFERENCE | 0.00 |
|---|---|---|---|---|

| CHK/RCP # | DATE | TYPE | NAME | AMOUNT |
|---|---|---|---|---|
| 69842 | 10/15/19 | VX | Parkway Title/First American | 1,003.00 |

Bibb
PIQS-992/Hollingshed & Whipple    WD/SD    Date 10/25/19

Fulton
PIQS-991/Dennis    WD/SD ✓
Foster Group/Nowels    WD ✓
IQS-170/Irene Assisted Care    WD/QCD ✓
PIQS-LQS5/Childs    WD/SD ✓
CNS03/WJH,LLC    WD ✓
IQS-184/Dat Br. Phan    WD ✓

Glynn
PIQS-959/Frasier    WD/SD ✓

Gwinnett
IQS-1811/Hernandez    WD/SD ✓

Barrow
PIQS-943/Ledbetter    WD/SD

Bibb
LCEO9 WJH LLC    WD ✓
PIQS-997/Weaver    WD/SD ✓

Clayton
PIQS1014/Progress AH    WD ✓

DeKalb
IQS-180/Burnette    WD/SD ✓
PIQS-B44/Shani    WD ✓



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-842-95434 | Nov 19, 2019 | 1143-8549-2 | 17 of 40 |

Tracking ID: 776808858585 continued

| | | | |
|---|---|---|---|
| Delivered | Oct 25, 2019 09:20 | Transportation Charge | 64.70 |
| Svc Area | AA | Earned Discount | -32.35 |
| Signed by | N.NICOLE | Fuel Surcharge | 2.43 |
| FedEx Use | 000000000/1393/_ | Total Charge                    USD | $34.78 |

Ship Date: Oct 25, 2019            Cust. Ref.: NO REFERENCE INFORMATION    Ref.#2:
Payor: Shipper                     Ref.#3:
• The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 49470.37
• Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
• Distance Based Pricing, Zone 3
• Package sent from: 30328 zip code

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Jess Moreland | Liberty County Clerk of Courts |
| Tracking ID | 776700641812 | Wessels & Gerber, PC | 201 S. Main St. #1200 |
| Service Type | FedEx Express Saver | 5491 Roswell RD | HINESVILLE GA 31313 US |
| Package Type | FedEx Envelope | ATLANTA GA 30342 US | |
| Zone | 03 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Oct 29, 2019 10:26 | Transportation Charge | 16.24 |
| Svc Area | A5 | Earned Discount | -7.63 |
| Signed by | C.HARDING | Fuel Surcharge | 0.65 |
| FedEx Use | 000000000/830/_ | Total Charge                    USD | $9.26 |

Ship Date: Oct 25, 2019            Cust. Ref.: NO REFERENCE INFORMATION    Ref.#2:
Payor: Shipper                     Ref.#3:
• The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 49470.37
• Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
• Distance Based Pricing, Zone 2
• Package sent from: 30328 zip code

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Jess Moreland | Fulton county Court |
| Tracking ID | 776700984077 | Wessels & Gerber, PC | Fulton county Court |
| Service Type | FedEx 2Day | 5491 Roswell RD | 136 Pryor St S.W. |
| Package Type | FedEx Envelope | ATLANTA GA 30342 US | ATLANTA GA 30303 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Oct 28, 2019 08:02 | Transportation Charge | 18.22 |
| Svc Area | A1 | Earned Discount | -8.56 |
| Signed by | M.WILLIAMS | Fuel Surcharge | 0.72 |
| FedEx Use | 000000000/1108/_ | Total Charge                    USD | $10.38 |

Ship Date: Oct 25, 2019            Cust. Ref.: DAVID    Ref.#2:
Payor: Shipper                     Ref.#3:
• The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 49470.37
• Fuel Surcharge - FedEx has applied a fuel surcharge of 7.50% to this shipment.
• Distance Based Pricing, Zone 7
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
• The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | TERRI WHITE | CO INSPIRE HOME LOANS |
| Tracking ID | 776816325213 | Gerber & Gerber, PC | FIRST AMERICAN MORTGAGE SOLUTI |
| Service Type | FedEx Standard Overnight | 5491 Roswell RD | 1795 INTERNATIONAL WAY |
| Package Type | FedEx Pak | ATLANTA GA 30342 US | IDAHO FALLS ID 93402 US |
| Zone | 07 | | |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Oct 28, 2019 08:58 | Transportation Charge | 71.32 |
| Svc Area | AA | Earned Discount | -35.66 |
| Signed by | N.NICOLE | Fuel Surcharge | 2.67 |
| FedEx Use | 000000000/1393/_ | Total Charge                    USD | $38.33 |

8/4/2020          Track your package or shipment with FedEx Tracking

**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient closures, you can redirect packages, Ask FedEx, or contact the shipper.



776700984077 



# Delivered
# Monday 10/28/2019 at 8:02 am

**DELIVERED**

Signed for by: M.WILLIAMS

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| ATLANTA, GA US | ATLANTA, GA US |

## Shipment Facts

**TRACKING NUMBER**
776700984077

**SERVICE**
FedEx 2Day

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
?
Fri 10/25/2019

**ACTUAL DELIVERY**
Mon 10/28/2019 8:02 am

## Travel History

Local Scan Time ⌄

Monday , 10/28/2019

| 8:02 am | ATLANTA, GA | Delivered |



Date 1/10/20

Douglas
LPT21 | WJH, LLC                                    WD

Muscogee
P19S1083 | Jimenez                          WD | SD ✓
P19S1176 | McDonald                         WD | SD ✓

Spalding
P19S1140 | Esquivel (RESEND)        WD | SD ✓
WWK01 | WJH, LLC                            WD ✓

Fulton
☆ P19S - 991 | Dennis (RESEND)        WD | SD
P19S - 679 | Bibbs (RESEND)              WD | SD
19S - 154 | Madison (RESEND)            WD | SD
Cancellation | Spring Financial | Signature Bank
PWR 01 | WJH, LLC                            QCD
S.F.R.E.I., LLC                                     WD

Coweta
19S-199 | Status 1 Home Healthcare, LLC    WD ✓

Richmond
P19S1169 | Sanders (RESEND) .              WD ✓
P19S1162 | Craig (RESEND)                     WD | SD ✓

Chatham
P19S1178 | Pryor                                     WD | SD ✓

8/5/2020    Track your package or shipment with FedEx Tracking

**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient
closures, you can redirect packages, Ask FedEx, or contact the shipper.



777311067977 ✎

# Delivered
## Monday 1/13/2020 at 8:11 am



**DELIVERED**

Signed for by: M.WILLIAMS

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| ATLANTA, GA US | ATLANTA, GA US |

## Shipment Facts

**TRACKING NUMBER**
777311067977

**SERVICE**
FedEx 2Day

**SPECIAL HANDLING SECTION**
Deliver Weekday

**SHIP DATE**
ⓘ
Fri 1/10/2020

**ACTUAL DELIVERY**
Mon 1/13/2020 8:11 am

## Travel History

Local Scan Time ⌄

**Monday , 1/13/2020**

| 8:11 am | ATLANTA, GA | Delivered |
|---|---|---|

Cobb
Fleming/20S-002          WD/AFF/SD ✓
                                      Date

Paulding
Reno | re-recording SD            ✓

                                           1/28/20
Fulton
19S-154 | Madison          RESEND      WD/SD
19S-206 | Jeff1, LLC                   WD
P19S-991 | T. Dennis       RESEND      WD/SD ✓
19S-188 | S.F.R.E.1., LLC              WD ✓
OLM18 | WJH, LLC           RESEND      WD
P20S-046 | Helms                       WD/SD ✓


                                           1/31/20
Douglas
P20S-080 | Progress Atlanta            WD
19L-0994 | Moore/Madison               WD/SD
Barrow
P19S-943 | Ledbetter      RESEND       WD/SD

                                           2/3/20
DeKalb
P19S1179 | Bouskila                    WD/SD ✓
P19S1185 | Bouskila                    WD/SD ✓✓
P20S-025 | Bouskila                    WD/SD ✓

Floyd
P20S-075 | Nevarez                     WD/SD ✓
                                       Page



BALANCE FORWARD
09776

DATE 1/28/2020

TO

FOR

SUB-TOTAL

THIS CHECK

OTHER TRANSACTION + OR -

TAX DEDUCTIBLE
F

BANK BALANCE

DEPOSITS

www.checksforless.com 800-245-5775

BALANCE FORWARD
09777

DATE 1/28/2020

TO  CoC

FOR  P195-991

SUB-TOTAL

THIS CHECK   2 00

OTHER TRANSACTION + OR -

TAX DEDUCTIBLE
F

BANK BALANCE

DEPOSITS   Void #07616 $2 00

Order # 2072958-1

BALANCE FORWARD
09778

DATE 2/3/2020

TO

FC

SUB-TOTAL

THIS CHECK

OTHER TRANSACTION + OR -

TAX DEDUCTIBLE
F

BANK BALANCE

DEPOSITS

MCDX
BS-MCD-MS (9/29/06)



| Date | Sequence | Aux OnUs | P/C | Amount | Post Date | Post Account |
|------|----------|----------|-----|--------|-----------|--------------|
| 01/16/2020 | | | | | | |

| | Sequence | Aux OnUs | P/C | Amount | Post Date | Post Account |
|---|----------|----------|-----|--------|-----------|--------------|
| 02/12/2020 | 75025684 | | 9777 | $2.00 | 02/12/2020 | |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-931-72833 | Feb 19, 2020 | 1143-8549-2 | 17 of 36 |

**Ship Date:** Jan 28, 2020    **Cust. Ref:** recordings    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 52515.87
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 777624494020 | Jess Moreland | Deed Recordings |
| Service Type | FedEx 2Day | Gerber & Gerber, PC | Clerk Of Court, Fulton County |
| Package Type | FedEx Envelope | 5491 Roswell RD | 136 Pryor Street |
| Zone | 02 | ATLANTA GA  30342 US | ATLANTA GA  30303 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 29, 2020 08:40 | Transportation Charge | 19.11 |
| Svc Area | A1 | Earned Discount | -8.98 |
| Signed by | M.LINARD | Fuel Surcharge | 0.71 |
| FedEx Use | 000000000/1108/_ | **Total Charge** USD | **$10.84** |

**Ship Date:** Jan 28, 2020    **Cust. Ref:** WHITEHEAD    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 52515.87
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 7

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 777626606891 | Jess Moreland | CO INSPIRE HOME LOANS |
| Service Type | FedEx Express Saver | Wessels & Gerber, PC | FIRST AMERICAN MORTGAGE SOLUTI |
| Package Type | FedEx Envelope | 5491 Roswell RD | 1795 INTERNATIONAL WAY |
| Zone | 07 | ATLANTA GA  30342 US | IDAHO FALLS ID  83402 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Jan 30, 2020 09:33 | Transportation Charge | 23.34 |
| Svc Area | AA | Earned Discount | -10.97 |
| Signed by | N.NICOLE | Fuel Surcharge | 0.87 |
| FedEx Use | 000000000/834/_ | **Total Charge** USD | **$13.24** |

**Ship Date:** Jan 29, 2020    **Cust. Ref:** Wright/ P19S-929/ Closin    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 52515.87
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing, Zone 7
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 777627092838 | Jess Moreland | CO INSPIRE HOME LOANS |
| Service Type | FedEx Standard Overnight | Wessels & Gerber, PC | FIRST AMERICAN MORTGAGE SOLUTI |
| Package Type | FedEx Pak | 5491 Roswell RD | 1795 INTERNATIONAL WAY |
| Zone | 07 | ATLANTA GA  30342 US | IDAHO FALLS ID  83402 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Jan 30, 2020 09:33 | Transportation Charge | 76.24 |
| Svc Area | AA | Earned Discount | -38.12 |
| Signed by | N.NICOLE | Fuel Surcharge | 2.67 |
| FedEx Use | 000000000/1393/_ | **Total Charge** USD | **$40.79** |

**Ship Date:** Jan 29, 2020    **Cust. Ref:** Duby/ P20S-034    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 52515.87
- Fuel Surcharge - FedEx has applied a fuel surcharge of 7.00% to this shipment.
- Distance Based Pricing (HI Rural to U.S) Zone 16
- Package sent from: 96740 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 777627509861 | Jess Moreland | Andrea Fischer |
| Service Type | FedEx Standard Overnight | Wessels & Gerber, PC | Gerber & Gerber, P.C. |
| Package Type | FedEx Pak | 5491 Roswell RD | 5491 Roswell Road |
| Zone | 16 | ATLANTA GA  30342 US | ATLANTA GA  30342 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |

Continued on next page

8/5/2020    Track your package or shipment with FedEx Tracking

**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient closures, you can redirect packages, Ask FedEx, or contact the shipper.



777624494020

# Delivered
# Wednesday 1/29/2020 at 8:40 am



**DELIVERED**

Signed for by: M.LINARD

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| ATLANTA, GA US | ATLANTA, GA US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | SHIPPER REFERENCE |
|---|---|---|
| 777624494020 | FedEx 2Day | recordings |

| SPECIAL HANDLING SECTION | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| Deliver Weekday | Tue 1/28/2020 | Wed 1/29/2020 8:40 am |

## Travel History

Local Scan Time ⌄

**Wednesday , 1/29/2020**

| 8:40 am | ATLANTA, GA | Delivered |
|---|---|---|

| Date | Sequence | Aux OnUs | P/C | Amount | Post Date | Post Account |
|------|----------|----------|-----|--------|-----------|--------------|
| 02/12/2020 | 75025697 | | 9783 | $269.13 | 02/12/2020 | |

Bibb
P205-040| Pemberton          WD|SD ✓
P19S1019| Young              WD|SD ✓              Date 2/3/20

Liberty
P19S1873| Carmichael                    WD|SD ✓

Newton
WCE24| Austin Commons                    SD

Richmond
WJH, LLC                              Aff.

Chatham
Harris| QCD P19S1133                  WD|SD ✓

Fulton
WJH| Bethsaida Pointe              2nd SD
P19S1042| Sili                     WD|SD

Henry
FW9 Tapestry LLC                  Corr. QCD ✓

Fulton
Yair Fox| SF.R.E.1  12 Carlton Pointe    WD
P19S-991| Dennis                        WD|SD

Houston
P19S1069| Perez                    WD|SD ✓

Muscogee
P205-095| Bankston                WD|SD ✓

Page



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-931-72833 | Feb 19, 2020 | 1143-8549-2 | 25 of 36 |

Ship Date: Feb 03, 2020
Payor: Shipper

Cust. Ref.: NO REFERENCE INFORMATION    Ref.#2:
Ref.#3:

• The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 54672.21
• Fuel Surcharge - FedEx has applied a fuel surcharge of 6.75% to this shipment.
• Distance Based Pricing, Zone 2

| Automation | INET | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 777670793591 | Jess Moreland | | Fulton county Court | |
| Service Type | FedEx 2Day | Wessels & Gerber, PC | | Fulton county Court | |
| Package Type | FedEx Envelope | 5491 Roswell RD | | 136 Pryor St S.W. | |
| Zone | 02 | ATLANTA GA 30342 US | | ATLANTA GA 30303 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Feb 04, 2020 08:19 | Transportation Charge | | | 19.11 |
| Svc Area | A1 | Earned Discount | | | -8.98 |
| Signed by | M.WILLIAMS | Fuel Surcharge | | | 0.68 |
| FedEx Use | 000000000/1108/_ | Total Charge | | USD | $10.81 |

Ship Date: Feb 03, 2020
Payor: Shipper

Cust. Ref.: NO REFERENCE INFORMATION    Ref.#2:
Ref.#3:

• The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 54672.21
• Fuel Surcharge - FedEx has applied a fuel surcharge of 6.75% to this shipment.
• Distance Based Pricing, Zone 2

| Automation | INET | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 777670811583 | Jess Moreland | | Henry County Court | |
| Service Type | FedEx 2Day | Wessels & Gerber, PC | | Henry County Court | |
| Package Type | FedEx Envelope | 5491 Roswell RD | | One Courthouse Square | |
| Zone | 02 | ATLANTA GA 30342 US | | MC DONOUGH GA 30253 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Feb 04, 2020 11:04 | Transportation Charge | | | 19.11 |
| Svc Area | A3 | Earned Discount | | | -8.98 |
| Signed by | N.BROWN | Fuel Surcharge | | | 0.68 |
| FedEx Use | 000000000/1108/_ | Total Charge | | USD | $10.81 |

Ship Date: Feb 03, 2020
Payor: Shipper

Cust. Ref.: Bailey/ P20S-065/ Docs    Ref.#2:
Ref.#3:

• The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 54672.21
• Fuel Surcharge - FedEx has applied a fuel surcharge of 6.75% to this shipment.
• Distance Based Pricing, Zone 7
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
• The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| Automation | INET | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 777670945404 | Jess Moreland | | CO INSPIRE HOME LOANS | |
| Service Type | FedEx Standard Overnight | Wessels & Gerber, PC | | FIRST AMERICAN MORTGAGE SOLUTI | |
| Package Type | FedEx Pak | 5491 Roswell RD | | 1795 INTERNATIONAL WAY | |
| Zone | 07 | ATLANTA GA 30342 US | | IDAHO FALLS ID 83402 US | |
| Packages | 1 | | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | | |
| Delivered | Feb 04, 2020 10:05 | Transportation Charge | | | 76.24 |
| Svc Area | AA | Earned Discount | | | -38.12 |
| Signed by | N.HUGHES | Fuel Surcharge | | | 2.57 |
| FedEx Use | 000000000/1393/_ | Total Charge | | USD | $40.69 |

Ship Date: Feb 03, 2020
Payor: Shipper

Cust. Ref.: 15-073 Deed    Ref.#2:
Ref.#3:

• The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 54672.21
• Fuel Surcharge - FedEx has applied a fuel surcharge of 6.75% to this shipment.
• Distance Based Pricing, Zone 2

| Automation | INET | Sender | | Recipient | |
|---|---|---|---|---|---|
| Tracking ID | 777671187668 | Jess Moreland | | Clerk of Superior Court | |
| Service Type | FedEx 2Day | Wessels & Gerber, PC | | Clayton County Courthouse | |
| Package Type | FedEx Envelope | 5491 Roswell RD | | 9151 Tara Boulevard | |
| Zone | 02 | ATLANTA GA 30342 US | | JONESBORO GA 30236 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Feb 04, 2020 09:34 | Transportation Charge | | | 19.11 |
| Svc Area | A1 | Earned Discount | | | -8.98 |
| Signed by | K.COPEMAN | Fuel Surcharge | | | 0.68 |
| FedEx Use | 000000000/1108/_ | Total Charge | | USD | $10.81 |

8/5/2020                                    Track your package or shipment with FedEx Tracking

**IMPORTANT!**
We are continuing to respond to the impact of COVID-19 around the world. See our latest updates. For COVID-19-related recipient closures, you can redirect packages, Ask FedEx, or contact the shipper.



777670793591

 

# Delivered
# Tuesday 2/04/2020 at 8:19 am



DELIVERED

Signed for by: M.WILLIAMS

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

| FROM | TO |
|---|---|
| ATLANTA, GA US | ATLANTA, GA US |

## Shipment Facts

| TRACKING NUMBER | SERVICE | SPECIAL HANDLING SECTION |
|---|---|---|
| 777670793591 | FedEx 2Day | Deliver Weekday |

| SHIP DATE | ACTUAL DELIVERY |
|---|---|
| Mon 2/03/2020 | Tue 2/04/2020 8:19 am |

## Travel History

Local Scan Time

Tuesday , 2/04/2020

| 8:19 am | ATLANTA, GA | Delivered |
|---|---|---|



SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 3 of 8
01/E00/0175/0/11



SUNTRUST

# Account Statement

| Deposits/Credits | Date | Amount | Serial # | Description | Date | Amount | Serial # | Description |
|---|---|---|---|---|---|---|---|---|
| | 02/24 | 75,000.00 | | INCOMING FEDWIRE CR TRN #007487 | | | | |
| | 02/24 | 98,789.38 | | INCOMING FEDWIRE CR TRN #009717 | | | | |
| | 02/25 | 134,175.43 | | INCOMING FEDWIRE CR TRN #003509 | | | | |
| | 02/25 | 293,847.29 | | INCOMING FEDWIRE CR TRN #003516 | | | | |
| | 02/25 | 151,830.04 | | INCOMING FEDWIRE CR TRN #005551 | | | | |
| | 02/25 | 90.00 | | INCOMING FEDWIRE CR TRN #008821 | | | | |
| | 02/25 | 500.00 | | INCOMING FEDWIRE CR TRN #010452 | | | | |
| | 02/25 | 44,330.17 | | INCOMING FEDWIRE CR TRN #015657 | | | | |
| | 02/26 | 14.19 | | INCOMING FEDWIRE CR TRN #010452 | | | | |
| | 02/26 | 223,866.00 | | INCOMING FEDWIRE CR TRN #014822 | | | | |
| | 02/27 | 4,990.00 | | INCOMING FEDWIRE CR TRN #003961 | | | | |
| | 02/27 | 130,713.32 | | INCOMING FEDWIRE CR TRN #003962 | | | | |
| | 02/27 | 162,472.63 | | INCOMING FEDWIRE CR TRN #003964 | | | | |
| | 02/27 | 188,482.70 | | INCOMING FEDWIRE CR TRN #003960 | | | | |
| | 02/27 | 6,518.00 | | INCOMING FEDWIRE CR TRN #012504 | | | | |
| | 02/27 | 817,026.11 | | INCOMING FEDWIRE CR TRN #017869 | | | | |
| | 02/27 | 10,000.00 | | INCOMING FEDWIRE CR TRN #018144 | | | | |
| | 02/28 | 136,962.55 | | INCOMING FEDWIRE CR TRN #005958 | | | | |
| | 02/28 | 161,729.53 | | INCOMING FEDWIRE CR TRN #005961 | | | | |
| | 02/28 | 161,819.77 | | INCOMING FEDWIRE CR TRN #005960 | | | | |
| | 02/28 | 146,832.71 | | INCOMING FEDWIRE CR TRN #014544 | | | | |
| | 02/28 | 285.77 | | INCOMING FEDWIRE CR TRN #010751 | | | | |
| | 02/28 | 111,201.21 | | INCOMING FEDWIRE CR TRN #015921 | | | | |
| | 02/28 | 177,792.24 | | INCOMING FEDWIRE CR TRN #020173 | | | | |
| | 02/28 | 28.38 | | INCOMING FEDWIRE CR TRN #022658 | | | | |
| | 02/28 | 2,700.00 | | INCOMING FEDWIRE CR TRN #024495 | | | | |
| | 02/28 | 111,201.21 | | INCOMING FEDWIRE CR TRN #025034 | | | | |
| | 02/28 | 426.46 | | INTEREST PAID THIS STATEMENT THRU 02/29 | | | | |

Deposits/Credits: 124                     Total Items Deposited: 8

| Checks | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|---|
| | 68277 | 126.58 | 02/27 | *72091 | 175.00 | 02/10 | *72199 | 52.70 | 02/27 |
| | *69200 | 14.00 | 02/03 | *72098 | 1,205.00 | 02/07 | 72200 | 1,205.00 | 02/07 |
| | 69201 | 56.00 | 02/03 | *72113 | 3,839.70 | 02/05 | 72201 | 4,214.70 | 02/03 |
| | *69847 | 48.00 | 02/12 | *72120 | 190.65 | 02/03 | 72202 | 685.00 | 02/07 |
| | 69848 | 170.00 | 02/12 | *72126 | 10.00 | 02/06 | 72203 | 289.07 | 02/10 |
| | 69849 | 510.00 | 02/12 | *72139 | 1,953.30 | 02/07 | 72204 | 25.00 | 02/03 |
| | *71278 | 49.52 | 02/24 | 72140 | 774.50 | 02/04 | *72206 | 402.35 | 02/07 |
| | *71481 | 107.50 | 02/03 | *72142 | 500.00 | 02/06 | 72207 | 4,709.70 | 02/06 |
| | 71482 | 10.00 | 02/03 | 72143 | 469.95 | 02/06 | *72209 | 1,205.00 | 02/07 |
| | *71504 | 1,700.00 | 02/05 | 72144 | 50.00 | 02/03 | 72210 | 225.00 | 02/20 |
| | *71560 | 48.00 | 02/07 | 72145 | 498.00 | 02/03 | 72211 | 966.00 | 02/11 |
| | 71561 | 155.00 | 02/07 | 72146 | 176.00 | 02/03 | *72213 | 50.00 | 02/05 |
| | 71562 | 40.00 | 02/07 | 72147 | 125.00 | 02/11 | 72214 | 477.00 | 02/07 |
| | 71563 | 10.00 | 02/12 | *72151 | 500.00 | 02/04 | 72215 | 157.00 | 02/07 |
| | *71806 | 185.00 | 02/03 | *72162 | 185.00 | 02/21 | *72218 | 565.57 | 02/05 |
| | *71849 | 200.00 | 02/24 | 72163 | 625.38 | 02/03 | 72219 | 25.00 | 02/12 |
| | *71918 | 100.00 | 02/10 | 72164 | 525.33 | 02/18 | 72220 | 167.50 | 02/12 |
| | *71970 | 521.00 | 02/06 | 72165 | 25.00 | 02/18 | 72221 | 1,405.15 | 02/07 |
| | *71994 | 699.00 | 02/03 | *72172 | 495.00 | 02/03 | *72225 | 633.00 | 02/11 |
| | 71995 | 245.00 | 02/03 | *72178 | 1,205.00 | 02/28 | 72226 | 500.00 | 02/12 |
| | 71996 | 50.00 | 02/03 | 72179 | 540.00 | 02/14 | 72228 | 210.16 | 02/12 |
| | *72010 | 4,769.70 | 02/06 | *72181 | 50.00 | 02/24 | 72229 | 50.00 | 02/25 |
| | *72014 | 25.00 | 02/27 | 72182 | 507.00 | 02/24 | 72230 | 173.00 | 02/25 |
| | 72015 | 159.00 | 02/27 | 72183 | 174.00 | 02/24 | 72231 | 510.00 | 02/25 |
| | *72058 | 707.58 | 02/25 | *72187 | 532.00 | 02/12 | 72232 | 986.42 | 02/04 |
| | 72059 | 250.00 | 02/11 | 72188 | 50.00 | 02/24 | 72233 | 1,205.00 | 02/07 |
| | 72060 | 50.00 | 02/03 | 72189 | 167.00 | 02/24 | *72235 | 1,205.00 | 02/28 |
| | 72061 | 163.00 | 02/03 | 72190 | 492.00 | 02/24 | 72236 | 527.00 | 02/14 |
| | 72062 | 475.50 | 02/03 | 72191 | 1,204.59 | 02/07 | *72238 | 276.23 | 02/27 |
| | *72072 | 300.00 | 02/03 | *72193 | 2,819.70 | 02/05 | 72239 | 39.91 | 02/20 |
| | *72074 | 190.65 | 02/03 | *72195 | 506.70 | 02/13 | 72240 | 82.72 | 02/18 |

32975                     Member FDIC                     Continued on next page

## Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _____    Co-Borrower _____

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other (explain): ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number ▮▮▮▮▮ |
|---|---|---|---|

| Amount $ 169,990.00 | Interest Rate 5.000 % | No. of Months 360 | Amortization Type: ☒ Fixed Rate ☐ GPM | ☐ Other (explain): ☐ ARM (type): |
|---|---|---|---|---|

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) 6885 Estepona St, Atlanta, GA 30349 County:  Coweta | No. of Units 1 |
|---|---|

| Legal Description of Subject Property (attach description if necessary) | Year Built 2019 |
|---|---|

Purpose of Loan ☒ Purchase  ☐ Construction  ☐ Other (explain): ☐ Refinance  ☐ Construction-Permanent

Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a + b) $ |
|---|---|---|---|---|---|

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost $ | Amount Existing Liens $ | Purpose of Refinance | Describe Improvements ☐ made  ☐ to be made Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s) Tracy Dennis | Manner in which Title will be held Single woman | Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) Checking/Savings-Retirement account

### III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) Tracy Dennis | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number ▮▮▮ | Home Phone (incl. area code) 706-429-5397 | DOB (MM/DD/YYYY) ▮▮▮ | Yrs. School 16 | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|

| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☐ Own  ☒ Rent _1Y 1M_ No.Yrs. 3706 Lake Enclave Way Atlanta, GA 30349 | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent _____ No.Yrs. |
|---|---|

| Mailing Address, if different from Present Address 3706 Lake Enclave Way Atlanta, GA 30349 | Mailing Address, if different from Present Address |
|---|---|

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP)  ☐ Own  ☒ Rent _4Y 0M_ No.Yrs. 4183 Fortune Point College Park, GA 30349 | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent _____ No.Yrs. |
|---|---|

### IV. EMPLOYMENT INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Name & Address of Employer ☐ Self Employed Ace American Insurance Co 11575 Great Oaks Way Alpharetta, GA 30022 | Yrs. on this job 7Y 2M / Yrs. employed in this line of work/profession 23 | Name & Address of Employer ☐ Self Employed | Yrs. on this job / Yrs. employed in this line of work/profession |

| Position/Title/Type of Business Senior Special Investigat | Business Phone (incl. area code) 678-795-4000 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
|---|---|---|---|
|  | Monthly Income $ |  | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) |
|---|---|---|---|
|  | Monthly Income $ |  | Monthly Income $ |

| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev.6/09)
Ellie Mae, Inc.                                    Page 1 of 4

Fannie Mae Form 1003   7/05 (rev.6/09)
GURLA  0711
GURLA (CLS)
10/15/2019 04:51 AM PST

Exhibit "B"
Affidavit

ULI: T68X8LLAQYRNDV034K14601145944546417     LOAN #: ▮▮▮▮▮▮

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 7,669.57 | $ | $ 7,669.57 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | $ 912.54 |
| Bonuses | 1,216.67 | | 1,216.67 | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | | 49.75 |
| Dividends/Interest | | | | Real Estate Taxes | | 158.18 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | 107.28 |
| Total | $ 8,886.24 | $ | $ 8,886.24 | Total | $ | $ 1,227.75 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| | Describe Other Income    Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|
| B/C | | $ |
| | | |
| | | |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.     Completed ☐ Jointly ☒ Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description | | LIABILITIES | Monthly Pmt. & Mos. Left to Pay | Unpaid Balance |
| Cash Deposit toward purchase held by: | $ | | | |
| | | Name and address of Company  (B1) DEPT OF EDUCATION/NELN 121 S 13TH ST, LINCOLN, NE 68508 | $ Pmt./Mos. 234.00 / 98 | $ 20,380.00 |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union Navy Federal Credit Union | | Acct. no.  90000546667087 | | |
| | | Name and address of Company  (B1) NAVY FEDERAL CR UNION PO BOX 3700, MERRIFIELD, VA 22119 | $ Pmt./Mos. 386.00 / 52 | $ 19,719.00 |
| Acct. no.  4403 | $ 13,583.98 | | | |
| Name and address of Bank, S&L, or Credit Union Navy Federal Credit Union | | Acct. no.  406095*****0582 | | |
| | | Name and address of Company  (B1) DEPT OF EDUCATION/NELN 121 S 13TH ST, LINCOLN, NE 68508 | $ Pmt./Mos. 216.00 / 74 | $ 18,753.00 |
| Acct. no.  0778 | $ 5.00 | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no.  900000511655684 | | |
| | | Name and address of Company  (B1) NAVY FCU 1 SECURITY PLACE, MERRIFIELD, VA 22116 | $ Pmt./Mos. 484.00 / 62 | $ 18,638.00 |
| Acct. no. | $ | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no.  XXXXXXXXXX0884 | | |
| | | Name and address of Company  (B1) KIA MOTORS FINANCE 4000 MACARTHUR BLVD STE, NEWPORT BEACH, CA 92660 | $ Pmt./Mos. 365.00 / 56 | $ 16,189.00 |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number & description) | $ | Acct. no.  20171200364414 | | |
| | | Name and address of Company  (B1) DEPT OF EDUCATION/NELN 121 S 13TH ST, LINCOLN, NE 68508 | $ Pmt./Mos. 164.00 / 87 | $ 14,536.00 |
| Life insurance net cash value Face amount: $ | $ | | | |
| Subtotal Liquid Assets | $ 13,588.98 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Acct. no.  900000535300387 | | |
| Vested interest in retirement fund | $ | Name and address of Company See Schedule of Liablities | $ Pmt./Mos. 230.00 | $ 16,863.00 |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | | | |
| | | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 2,079.00 | |
| Total Assets a. | $ 13,588.98 | Net Worth (a minus b) $ (111,489.02) | Total Liabilities b. | $ 125,078.00 |

Uniform Residential Loan Application
Freddie Mac Form 65   7/05 (rev.6/09)
Ellie Mae, Inc.

Page 2 of 4

Fannie Mae Form 1003   7/05 (rev.6/09)
GURLA 0711
GURLA (CLS)
10/15/2019 04:51 AM PST

ULI: T68X8LLAQYRNDV034K14601145944546417

LOAN #: 6

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ 169,990.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | 1,813.55 |
| f. Estimated closing costs | 5,520.12 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 177,323.67 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| Cash Deposit on sales contract | 95.00 |
| cure | 25.00 |
| prorations | (87.65) |
| termite reimbursement | (127.50) |
| m.Loan amount (exclude PMI, MIP, Funding Fee financed) | 169,990.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 169,990.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | 7,428.82 |

## VIII. DECLARATIONS

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | | X | | |
| b. Have you been declared bankrupt within the past 7 years? | | X | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | X | | |
| d. Are you a party to a lawsuit? | | X | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | X | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | X | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | X | | |
| h. Is any part of the down payment borrowed? | | X | | |
| i. Are you a co-maker or endorser on a note? | | X | | |
| j. Are you a U.S. citizen? | X | | | |
| k. Are you a permanent resident alien? | | X | | |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | X | | | |
| m.Have you had an ownership interest in a property in the last three years? | | X | | |
| (1) What type of property did you own - principal residence (PR), second home (SH), or investment property (IP)? | | | | |
| (2) How did you hold title to the home - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et. seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns, may in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 10/15/19 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish this information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | CO-BORROWER | ☐ I do not wish to furnish this information. |
|---|---|---|---|
| **Ethnicity:** | ☐ Hispanic or Latino    ☐ Not Hispanic or Latino | **Ethnicity:** | ☐ Hispanic or Latino    ☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native    ☐ Asian    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander    ☐ White | **Race:** | ☐ American Indian or Alaska Native    ☐ Asian    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander    ☐ White |
| **Sex:** | ☐ Female    ☐ Male | **Sex:** | ☐ Female    ☐ Male |

**To be Completed by Loan Originator**

This application was provided:
☐ In a face-to-face interview    ☐ By the applicant and submitted by fax or mail
☐ In a telephone interview    ☐ By the applicant and submitted via e-mail or the Internet

| Loan Originator's Signature | Date |
|---|---|
| X | |

| Loan Originator's Name (print or type) | Loan Originator Identifier | Loan Originator's Phone Number (including area code) |
|---|---|---|
| Makinley Cook | 404774 | 678-423-5667 |

| Loan Origination Company's Name | Loan Origination Company Identifier | Loan Origination Company's Address |
|---|---|---|
| United Community Bank | 421841 | 2245 Highway 34 East Newnan, GA 30265 |

Uniform Residential Loan Application
Freddie Mac Form 65    7/05 (rev.6/09)
Ellie Mae, Inc.

Page 3 of 4

Fannie Mae Form 1003    7/05 (rev.6/09)
GURLA18DI3    0518
GURLA (CLS)
10/15/2019 04:51 AM PST

ULI: T68X8LLAQYRNDV034K14601145944546417                                    LOAN ███████

## CONTINUATION SHEET/RESIDENTIAL LOAN APPLICATION

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark **B** for Borrower or **C** for Co-Borrower | Borrower: Tracy Dennis | Agency Case Number: |
|---|---|---|
| | Co-Borrower: | Lender Case Number: ████████ |

LIABILITIES AND PLEDGED ASSETS CONTINUED

| Name and address of Company | Pmt./Mos. | Unpaid Balance |
|---|---|---|
| (B1) DEPT OF EDUCATION/NELN 121 S 13TH ST, LINCOLN, NE 68508 Acct. no. 900000471943085 | 150.00 /64 | 12,779.00 |
| (B1) JPMCB CARD 201 N WALNUT ST, WILMINGTON, DE 19801 Acct. no. 414740****** | 28.00 /66 | 1,837.00 |
| (B1) CAPITAL ONE BANK USA N PO BOX 85520, RICHMOND, VA 23285 Acct. no. 466309****** | 25.00 /71 | 1,755.00 |
| (B1) MACYS/DSNB Acct. no. 603534******5269 | 27.00 /19 | 492.00 |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et. seq.

| Borrower's Signature: X _(signature)_ | Date 10/15/19 | Co-Borrower's Signature: X | Date |
|---|---|---|---|

**Uniform Residential Loan Application**
Freddie Mac Form 65   7/05 (rev.6/09)
Ellie Mae, Inc.

Page 4 of 4

Fannie Mae Form 1003   7/05 (rev.6/09)
GURLA  0711
GURLA (CLS)
10/15/2019 04:51 AM PST

ULI: T68X8LLAQYRNDV034K14601145944546417

## Demographic Information Addendum. This section asks about your ethnicity, sex and race.

### Demographic Information of Borrower

**The purpose of collecting this information** is to help ensure that all the applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, Federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, Federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application. If you do not wish to provide some or all of this information, please check below.

**Ethnicity:** *Check one or more*
- [ ] Hispanic Or Latino
  - [ ] Mexican    [ ] Puerto Rican    [ ] Cuban
  - [ ] Other Hispanic or Latino - *Print origin:* _____
    _____
    *For example: Argentinean, Colombian, Dominican, Nicaraguan,*
    *Salvadoran, Spaniard, and so on.*
- [ ] Not Hispanic or Latino
- [x] I do not wish to provide this information

**Sex**
- [ ] Female
- [ ] Male
- [x] I do not wish to provide this information

**Race:** *Check one or more*
- [ ] American Indian or Alaska Native - *Print name of enrolled*
  *or principal tribe:* _____
- [ ] Asian
  - [ ] Asian Indian    [ ] Chinese    [ ] Filipino
  - [ ] Japanese    [ ] Korean    [ ] Vietnamese
  - [ ] Other Asian - *Print Race:* _____
    *For example: Hmong, Laotian, Thai, Pakistani, Cambodian, and*
    *so on.*
- [ ] Black or African American
- [ ] Native Hawaiian or Other Pacific Islander
  - [ ] Native Hawaiian  [ ] Guamanian or Chamorro  [ ] Samoan
  - [ ] Other Pacific Islander - *Print race:* _____
    _____
    *For example: Fijian, Tongan, and so on.*
- [ ] White
- [x] I do not wish to provide this information

---

**To Be Completed by Financial Institution (for application taken in person):**

| | NO | YES |
|---|---|---|
| Was the ethnicity of the Borrower collected on the basis of visual observation or surname? | ⦿ NO | ○ YES |
| Was the sex of the Borrower collected on the basis of visual observation or surname? | ⦿ NO | ○ YES |
| Was the race of the Borrower collected on the basis of visual observation or surname? | ⦿ NO | ○ YES |

---

**The Demographic Information was provided through:**

○ Face-to-Face Interview (includes Electronic Media w/ Video Component)   ○ Telephone Interview   ○ Fax or Mail   ⦿ Email or Internet

---

**Borrower Name:** Tracy Dennis
Uniform Residential Loan Application
Freddie Mac Form 65 • Fannie Mae Form 1003
*Revised 09/2017*



GURLADI_S   1017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

IN RE:             )     CASE NO. 20-63562-PMB
                   )
TRACY DENNIS,      )
                   )     CHAPTER 7 Proceeding
    Debtor.        )
_____)
                   )     Adversary Proceeding No. 20-06079-PMB
S. GREGORY HAYS,      )
Chapter 7 Trustee For The Estate Of      )
Tracy Dennis,      )
                   )
     Plaintiff,      )
v.                   )
                   )
UNITED COMMUNITY BANK,      )
                   )
    Defendant.      )
_____ )

## VERIFICATION

PERSONALLY APPEARED before the undersigned attesting officer duly authorized by law to administer oaths, DAVID KERSHAW, as Vice President of UNITED COMMUNITY BANK, whose official duty it is to know about the matter set forth in the Answer, who, after first being duly sworn, deposes and states that the facts set forth in the within and foregoing Answer and Defenses of Defendant UNITED COMMUNITY BANK to Plaintiff's Complaint are true and correct to the best of her personal knowledge and belief.

This \_\_7\_\_ day of August, 2020.

                                DAVID KERSHAW, Vice President
                                UNITED COMMUNITY BANK

Sworn to and subscribed before me
this \_\_7\_\_ day of August, 2020.

NOTARY PUBLIC

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 7th day of August, 2020, filed the within and foregoing by

CM/ECF, which will serve notice on all necessary parties.

> Michael J. Bargar
> Arnall Golden Gregory LLP
> 171 17[th] Street NW, Suite 2100
> Atlanta, GA  30363-1031
> Michael.bargar@agg.com
> Attorney for Plaintiff

>     /s/ Monica K. Gilroy
> MONICA K. GILROY
> Georgia Bar No. 427520
> MATTHEW F. TOTTEN
> Georgia Bar 798589
> Attorneys for United Community Bank

THE GILROY FIRM
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone); (678) 280-1923 (Facsimile)
Monica.Gilroy@gilroyfirm.com
Matthew.totten@gilroyfirm.com

10