**Fill in this information to identify the case:**

Debtor name **Atlanta Light Bulbs, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **22-52950**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Ford Motor Credit Company, LLC**<br>Creditor's Name<br><br>**c/o Ronald A. Levine**<br>**P.O. Box 422148**<br>**Atlanta, GA 30342**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $459,433.00 | Unknown |

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☐ No<br>☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

| **2.2** **Tandem Bank**<br>Creditor's Name<br><br>**c/o Attn: Leslie M. Pineyro**<br>**699 Piedmont Avenue, NE**<br>**Atlanta, GA 30308**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $600,000.00 | Unknown |

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

☐ No<br>☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor    **Atlanta Light Bulbs, Inc.**                                    Case number *(if known)*    **22-52950**
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **U.S. Small Business Admin** | Describe debtor's property that is subject to a lien | $2,025,551.37 | **Unknown** |

Creditor's Name

**200 W. Santa Ana Blvd.
Ste. 740
Santa Ana, CA 92701**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,084,984.37** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Atlanta Light Bulbs, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **22-52950**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>**Allison Meehan**<br>**8723 stony field way**<br>**louisville, KY 40299**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$2.21** | **$2.21** |
| **2.2** Priority creditor's name and mailing address<br><br>**ANDREA MCKEEVER**<br>**4370 GUNNIN RD**<br>**Norcross, GA 30092**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | **$74.20** | **$74.20** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    54605                    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12.60** | **$12.60** |
|---|---|---|---|---|

**Ashley Van Gelder**
**3307 Stone Heather Ct.**
**Herndon, VA 20171**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$171.90** | **$171.90** |
|---|---|---|---|---|

**Ben Hartshorn**
**490 JARVIS DR**
**MORGAN HILL, CA 95037-2809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$161.90** | **$161.90** |
|---|---|---|---|---|

**Bradley Harken**
**2808 South Radio Lane**
**Spokane, WA 99223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55.26** | **$55.26** |
|---|---|---|---|---|

**chirag patel**
**628 U.S. 250**
**Norwalk, OH 44857**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6.45** | **$6.45** |
|---|---|---|---|---|
| | **Christopher Cooper**<br>**6956 Whitewater Ln**<br>**Lincoln, NE 68521** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.73** | **$24.73** |
|---|---|---|---|---|
| | **Connie Chen**<br>**4011 Crest Ct**<br>**Pleasanton, CA 94588** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136.50** | **$136.50** |
|---|---|---|---|---|
| | **Daniel Gray**<br>**867 Valley Street**<br>**Dayton, OH 45404** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10.65** | **$10.65** |
|---|---|---|---|---|
| | **Dave Gomoll**<br>**3323 Dekalb Ln**<br>**Neenah, WI 54956** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$44.00** | **$44.00** |
|---|---|---|---|---|

**David Amheiser**
**3782 Wenkel Ford**
**Leslie, MO 63056**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.58** | **$36.58** |
|---|---|---|---|---|

**David Paratore**
**8601 Bell Mountain Dr**
**Austin, TX 78730**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**DEKALB COUNTY TAX**
**COMMISSIONER**
**P. O. BOX 100004**
**DECATUR, GA 30031-7004**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12.96** | **$12.96** |
|---|---|---|---|---|

**Dennis Jewell**
**14993 sw Scarlett dr**
**Tigard, OR 97224**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $91.20 | $91.20 |
|---|---|---|---|---|

**Dennis Miller**
**8260 Lakeland Dr.**
**Granite Bay, CA 95746**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58.02 | $58.02 |
|---|---|---|---|---|

**Edward Blank**
**PO Box 180446**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.99 | $22.99 |
|---|---|---|---|---|

**Edward J. Lyons**
**847 Dewitt Road**
**Webster, NY 14580**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.40 | $20.40 |
|---|---|---|---|---|

**Eileen Guptill**
**1387 NYE ST**
**CHARLESTON, SC 29407-5121**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22.98** | **$22.98** |
| | **Elaine Cox** | Check all that apply. | | |
| | **3907 - 103RD STREET CT** | ☐ Contingent | | |
| | **GIG HARBOR, WA 98332-8814** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$79.87** | **$79.87** |
| | **Eric Macbeth** | Check all that apply. | | |
| | **503 E Maple St** | ☐ Contingent | | |
| | **River Falls, WI 54022-2516** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$25.00** | **$25.00** |
| | **Fiona Lin** | Check all that apply. | | |
| | **75 BRIAR HILL RD** | ☐ Contingent | | |
| | **NORWICH, CT 06360-6440** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No  ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **GEORGIA DEPT OF REV** | Check all that apply. | | |
| | **SALES AND USE TAX DIVISION** | ☐ Contingent | | |
| | **P. O. BOX 105296** | ☐ Unliquidated | | |
| | **Atlanta, GA 30348** | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No  ☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.23** Priority creditor's name and mailing address
**GEORGIA DEPT OF REVENUE**
**Taxpayer Services Division**
**PO Box 105499**
**Atlanta, GA 30348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.24** Priority creditor's name and mailing address
**Greg Mosely**
**5257 Highway 280 East**
**Pembroke, GA 31321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$83.80    $83.80

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.25** Priority creditor's name and mailing address
**Gregory Taylor**
**2000 Strathallan Woods Place**
**Innisfil, ON L9S 4T7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$76.93    $76.93

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.26** Priority creditor's name and mailing address
**Harry Ruffino**
**5109 W. Lemon St.**
**Tampa, FL 33609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$74.52    $74.52

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23.38 | $23.38 |
|---|---|---|---|---|

**Ilhom Islomov**
**1985 E 15TH ST APT D4**
**BROOKLYN, NY 11229-3343**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.90 | $85.90 |
|---|---|---|---|---|

**Jack Eiseman**
**466 MILL COVE DR**
**Dahlonega, GA 30533**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.00 | $22.00 |
|---|---|---|---|---|

**James E. O'Brien**
**14 DAY ST**
**BLOOMFIELD, NJ 07003-4410**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.46 | $15.46 |
|---|---|---|---|---|

**James Eifler**
**2800 N Flagler D**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$39.95** | **$39.95** |
|---|---|---|---|---|

**James M Sharp**
**53 ALPINE GEM LN**
**TROUT CREEK, MT 59874-9410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.77** | **$36.77** |
|---|---|---|---|---|

**Jan Schwartz**
**0175N 450 East**
**Bluffton, IN 46714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.59** | **$20.59** |
|---|---|---|---|---|

**JASON MARTON**
**471 Copano Ridge Rd**
**Rockport, TX 78382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.00** | **$720.00** |
|---|---|---|---|---|

**Jermaine Williams**
**2 Tibbits Ave**
**White Plains, NY 10606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|

| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.22** | **$13.22** |
|---|---|---|---|---|

**Joe De leon**
**1210 north Richmond Road**
**Bay #5**
**Wharton, TX 77488**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** | **$84.00** |
|---|---|---|---|---|

**john crosby**
**534 white pelican**
**vero beach, FL 32963**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46.45** | **$46.45** |
|---|---|---|---|---|

**John Keating**
**6122 36TH AVE NW**
**SEATTLE, WA 98107-2626**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.70** | **$13.70** |
|---|---|---|---|---|

**John T Carter**
**PO BOX 772**
**Selma, AL 36702**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | | Case number *(if known)* | **22-52950** |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.42 | $243.42 |
| --- | --- | --- | --- | --- |

**JR Metzger**
**3101 Concord ROAD**
**Aston PA, PA 19014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
| --- | --- | --- | --- | --- |

**Lewis Milner**
**19711 Edgecliff Drive**
**Euclid, OH 44119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.60 | $45.60 |
| --- | --- | --- | --- | --- |

**Mark Allen**
**3640 Pallos Verdas Dr.**
**Dallas, TX 75229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.96 | $45.96 |
| --- | --- | --- | --- | --- |

**Max Bodden**
**106 Bowsprit Drive**
**North Palm Beach, FL 33408**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15.60 | $15.60 |
|---|---|---|---|---|
| | **Michael Fannin**<br>**46 Gema**<br>**San Clemente, CA 92672** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $174.68 | $174.68 |
|---|---|---|---|---|
| | **Michel Moos**<br>**946 NORTH AVE NE**<br>**ATLANTA, GA 30306** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $10.99 | $10.99 |
|---|---|---|---|---|
| | **Monty Benhaim**<br>**10611 Garden Grove Ave**<br>**Northridge, CA 91326** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $203.28 | $203.28 |
|---|---|---|---|---|
| | **Naitram Gopaul**<br>**407 Keys Ferry Rd**<br>**McDonough, GA 30252** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$240.36** | **$240.36** |
|---|---|---|---|---|
| | **Nick Bohacz**<br>**27 JUNIPER DR**<br>**RICHBORO, PA 18954-1625** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (Z) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$37.05** | **$37.05** |
|---|---|---|---|---|
| | **Noah Scher**<br>**559 Jacobs Place**<br>**Carbondale, CO 81623** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (Z) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$54.12** | **$54.12** |
|---|---|---|---|---|
| | **Peggy O'Halloran**<br>**6598 Springpath Lane**<br>**San Jose, CA 95120** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (Z) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$672.40** | **$672.40** |
|---|---|---|---|---|
| | **Rameshwar Deokaran**<br>**555 E 90TH ST**<br>**NEW YORK, NY 10128-7803** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (Z) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $41.67 | $41.67 |
|---|---|---|---|---|

**ricky mcintyre**
**310 South Lake Avenue**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36.74 | $36.74 |
|---|---|---|---|---|

**Robert Beaulieu**
**349 Black Brook Road**
**Goffstown, NH 03045**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13.11 | $13.11 |
|---|---|---|---|---|

**Robin Hopper**
**PO Box 670549**
**Chugiak, AK 99567**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13.80 | $13.80 |
|---|---|---|---|---|

**Rolando Martinez**
**4307 9th St.**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.13** | **$36.13** |
|---|---|---|---|---|
| | **Ron Conti** | Check all that apply. | | |
| | **905 Harvest Lane** | ☐ Contingent | | |
| | **Indiana, PA 15701** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$216.00** | **$216.00** |
|---|---|---|---|---|
| | **RONALD CARPENTER** | Check all that apply. | | |
| | **6 COLLEGE HILL RD** | ☐ Contingent | | |
| | **CANAAN, CT 06018-2313** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Ronald Finkenbinder** | Check all that apply. | | |
| | **215 West Lisburn Rd** | ☐ Contingent | | |
| | **Mechanicsburg, PA 17055** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$207.92** | **$207.92** |
|---|---|---|---|---|
| | **Ronald Thon** | Check all that apply. | | |
| | **1010 May Lane** | ☐ Contingent | | |
| | **Yankton, SD 57078** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34.68 | $34.68 |
|---|---|---|---|---|

**RUSSELL LACEY**
**P. O. BOX 575**
**BOAZ, AL 35957**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27.58 | $27.58 |
|---|---|---|---|---|

**Santosh Iyer**
**28 LEWISTON CIR**
**LANCASTER, PA 17601-4822**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.73 | $24.73 |
|---|---|---|---|---|

**Sarah Markowitz**
**328 North Main St**
**Minoa, NY 13116**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.62 | $21.62 |
|---|---|---|---|---|

**Scott Long**
**8321 SNOWDEN OAKS PL**
**LAUREL, MD 20708**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.99 | $2.99 |
|---|---|---|---|---|

**scott palmi**
**106 Cemetery Road**
**Putney, VT 05346**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.95 | $36.95 |
|---|---|---|---|---|

**Sharon A. Colado**
**628 DAVID ST**
**LAKE IN THE HILLS, IL 60156-5205**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.23 | $270.23 |
|---|---|---|---|---|

**shaun kennedy**
**2070 kalakaua ave**
**Honolulu, HI 96815**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.79 | $10.79 |
|---|---|---|---|---|

**STEPHEN MULLADY**
**1100 CUMBERLAND RD**
**Chattanooga, TN 37419**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $24.73 | $24.73 |
|---|---|---|---|---|
| | **Steven weiher**<br>**S76W13722 MCSHANE DR**<br>**MUSKEGO, WI 53150-3931** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $49.46 | $49.46 |
|---|---|---|---|---|
| | **Taniel m Cameron**<br>**9 York circle**<br>**Bluffton, SC 29909** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $663.00 | $663.00 |
|---|---|---|---|---|
| | **Todd McAreavey**<br>**2605 Fieldstone Trl**<br>**Ponca City, OK 74604** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $240.00 | $240.00 |
|---|---|---|---|---|
| | **Tony Celli**<br>**28 E. Spring st**<br>**cookeville, TN 38501** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.32 | $60.32 |
|---|---|---|---|---|
| | **Trent Weaver** | *Check all that apply.* | | |
| | **2204 Chestnut Road** | ☐ Contingent | | |
| | **Birmingham, AL 35216** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 | $95.00 |
|---|---|---|---|---|
| | **Tuyen Nguyen** | *Check all that apply.* | | |
| | **23 Susan Drive** | ☐ Contingent | | |
| | **Pelham, NH 03076** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.06 | $588.06 |
|---|---|---|---|---|
| | **Tyler MacGeorge** | *Check all that apply.* | | |
| | **1031 Miller Dr.** | ☐ Contingent | | |
| | **Altamonte Springs, FL 32701** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.54 | $27.54 |
|---|---|---|---|---|
| | **vonee pawlowski** | *Check all that apply.* | | |
| | **PO Box 872** | ☐ Contingent | | |
| | **Hiawassee, GA 30546** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.49 | $56.49 |
|---|---|---|---|---|

**Winfred Wiencke**
**2133 Newport Place NW**
**Washington, DC 20037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,769.14** |
|---|---|---|---|

**ABB Installation Products Inc.**
**PO Box 28073**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,185.14** |
|---|---|---|---|

**ABB Installation Products Inc.**
**1811 Hymus Blvd**
**Dorval, QC H9P1JK5**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,208.00** |
|---|---|---|---|

**ABRAMS GROUP CONSTRUCTION**
**3645 Hwy 90**
**Milton, FL 32571**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$948.87** |
|---|---|---|---|

**AC ELECTRONICS**
**3401 AVENUE D**
**ARLINGTON, TX 76011**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.37** |
|---|---|---|---|

**ACCO BRANDS - ONTARIO**
**PO BOX 842166**
**BOSTON, MA 02284**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Atlanta Light Bulbs, Inc.**                                                    Case number (if known)    **22-52950**
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138.04 |

**ACE CASH EXPRESS**
**3804 Gunn Hwy**
**Suite B**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,987.50 |

**Acuity Brands Lighting**
**PO Box 100863**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.69 |

**ADT Commercial**
**PO Box 382109**
**Pittsburgh, PA 15251-8109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,082.99 |

**AFLAC**
**ATTN:  REMITTANCE PROCESSI**
**1932 WYNNTON ROAD**
**COLUMBUS, GA 31999-0797**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,259.75 |

**ALL METRO SUPPLY (#656.00)**
**3755 HEWATT COURT**
**SNELLVILLE, GA 30039**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.19 |

**ALLGOOD PLUMBING & ELECTRIC**
**5238 Royalwoods Parkway**
**Suite 190**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,353.36 |

**ALLIANCE SPORTS GROUP (NEBO)**
**DBA NEBO TOOLS**
**P O BOX 203246**
**DALLAS, TX 75320-3246**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,656.20** |
| --- | --- | --- | --- |
| | **AMAX LIGHTING 65600** | ☐ Contingent | |
| | **10268 SANTA FE SPRINGS RD** | ☐ Unliquidated | |
| | **SANTA FE SPGS, CA 90670** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$219,918.00** |
| --- | --- | --- | --- |
| | **AMERICAN EXPRESS** | ☐ Contingent | |
| | **PO BOX 650448** | ☐ Unliquidated | |
| | **DALLAS, TX 75265-0448** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.64** |
| --- | --- | --- | --- |
| | **AMERICAN LIGHTING SUPPLY** | ☐ Contingent | |
| | **ATTN: ACCOUNTS PAYABLE** | ☐ Unliquidated | |
| | **P.O. BOX 1761** | ■ Disputed | |
| | **LILBURN, GA 30047** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$558.96** |
| --- | --- | --- | --- |
| | **AMERICAN TACK AND HARDWARE** | ☐ Contingent | |
| | **P. O. BOX 85077   (65600)** | ☐ Unliquidated | |
| | **CHICAGO, IL 60680-0851** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,710.00** |
| --- | --- | --- | --- |
| | **American Ultraviolet** | ☐ Contingent | |
| | **212 S. Mt. Zion Road** | ☐ Unliquidated | |
| | **Lebanon, IN 46052** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Vendor** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,290.58** |
| --- | --- | --- | --- |
| | **AMERICASMART** | ☐ Contingent | |
| | **475 S. Grand Central Parkway** | ☐ Unliquidated | |
| | **Suite 1615** | ■ Disputed | |
| | **Las Vegas, NV 89106** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51.83** |
| --- | --- | --- | --- |
| | **ANDRUS ELECTRICAL SOLUTIONS** | ☐ Contingent | |
| | **10750 PLANTATION DRIVE** | ☐ Unliquidated | |
| | **JOHNS CREEK, GA 30022** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim:  **Customer Credit Balance** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,968.39** |
|---|---|---|---|

ANTHONY
2388 COLLECTIONS CENTER DR
ACCT # 102260
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$154.80** |
|---|---|---|---|

ASTORIA FOOT CARE GROUP
31-17 DITMARS BLVD SUITE 1
ASTORIA, NY 11105

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$868.46** |
|---|---|---|---|

AT&T *1882 (79020)
PO BOX 105262
ATLANTA, GA 30348-5262

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,035.34** |
|---|---|---|---|

AT&T CAROL STREAM *835
P O BOX 5019
CAROL STREAM, IL 60197-5019

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$753.41** |
|---|---|---|---|

ATG ELECTRONICS
10700 7TH STREET
RCH CUCAMONGA, CA 91730

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$278.64** |
|---|---|---|---|

ATLANTA BOTANICAL GARDENS
ATTN: ACCOUNTS PAYABLE
1345 PIEDMONT AVE NE
ATLANTA, GA 30309

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.74** |
|---|---|---|---|

ATLANTA RONALD MCDONALD HOUSE
ATTN: ACCOUNTS PAYABLE
795 GATEWOOD ROAD
ATLANTA, GA 30329

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.27** | **Nonpriority creditor's name and mailing address**
**ATLAS LIGHTING PROD (#65600)**
P. O. BOX 740471
ATLANTA, GA 30374-0471

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$7,929.00**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**ATR LIGHTING**
PO BOX 67
RICHLAND, MO 65556

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$8,340.42**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**AXIS LED GROUP, LLC**
L-3790
COLUMBUS, OH 43260-3790

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,512.40**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**B B Storage LLC**
1811 W Jackson St
Knoxville, IA 50138-1020

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

**$32.94**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**B&H ELECTRIC AND SUPPLY**
1330 HWY 41 BYPASS
GRIFFIN, GA 30224

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

**$12.96**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Barron Lighting Group (EXITRONIX)**
PO BOX 8271
PASADENA, CA 91109-8271

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$5,900.00**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Barton's Home Upgrading**
121 Penny Lane
MCDONOUGH, GA 30253

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

**$190.46**

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$477.00** |

**BATAVIA PUBLIC SCHOOLS**
**804 MAIN STREET**
**BATAVIA, IL 60510**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Customer Credit Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$174.96** |

**BECKER ADVENTIST SCHOOL**
**ATTN: ACCOUNTS PAYABLE**
**3567 COVINGTON HIGHWAY**
**DECATUR, GA 30032**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Customer Credit Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$566.40** |

**Benz Research and Development**
**6447 Parkland Drive**
**Sarasota, FL 34243**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Customer Credit Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$474.38** |

**BLC America (formerly Green Energy Light**
**16310 ARTHUR ST.**
**CERRITOS, CA 90703**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00** |

**BLUEGRASS IRRIGATION & LIGHTING INC**
**4855 Hills and Dales Rd NW**
**CANTON, OH 44708**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Customer Credit Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$618.64** |

**Boise Diamond Tables**
**3949 Adams Street**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Customer Credit Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Bomar Pneumatics**
**5785 West 74th Street**
**Indianapolis, IN 46278**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Customer Credit Balance

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$74.97** |
|---|---|---|---|

**BOSTON UNIVERSITY**
**ATTN:  ACCOUNTS PAYABLE**
**25 BUICK STREET**
**BOSTON, MA 02215**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69.02** |
|---|---|---|---|

**BREIT INDUSTRIAL HOLDINGS LLC**
**(STREAM RE**
**P.O. BOX 1232**
**Hicksville, NY 11802-1232**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,273.22** |
|---|---|---|---|

**BREIT Stone Mountain Owner LLC**
**PO Box 208046**
**Dallas, TX 75320-8046**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$255.95** |
|---|---|---|---|

**BRIARLAKE BAPTIST CHURCH**
**ATTN: ACCOUNTS PAYABLE**
**3715 LAVISTA RD**
**DECATUR, GA 30033**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$183.06** |
|---|---|---|---|

**BUFORD HWY. FARMERS MKT**
**ATTN. ACCOUNTS PAYABLE**
**P. O. BOX 620533**
**ATLANTA, GA 30362**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,477.89** |
|---|---|---|---|

**BULBRITE INDUSTRIES**
**P. O. BOX 419890**
**BOSTON, MA 02241-9890**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$532.00** |
|---|---|---|---|

**BULBTRONICS (#65600)**
**45 BANFI PLAZA N.**
**FARMINGDALE, NY 11735**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.41 |
|---|---|---|---|

**C.N.ROBINSON LIGHTING SUPPLY**
**ATTN. ACCOUNTS PAYABLE**
**4318 WASHINGTON BLVD.**
**BALTIMORE, MD 21227**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $81,810.08 |
|---|---|---|---|

**CADMET, INC.**
**P.O. BOX 24**
**MALVERN, PA 19355**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,207.74 |
|---|---|---|---|

**CANDELA CORPORATION**
**FILE #1033**
**1801 WEST OLYMPIC BLVD**
**PASADENA, CA 91199-1033**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.55 |
|---|---|---|---|

**CAPITAL CITY ELECTRICAL SRV**
**1346 Oakbrook Dr**
**Suite 170A**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.96 |
|---|---|---|---|

**CAPITAL ELECTRIC COMPANY**
**PO BOX 945650**
**Maitland, FL 32794**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,658.18 |
|---|---|---|---|

**Capital One Spark**
**PO Box 71083**
**Charlotte, NC 28272-1083**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.00 |
|---|---|---|---|

**CAPP, INC.**
**PO Box 127**
**Clifton Heights, PA 19018-0127**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor **Atlanta Light Bulbs, Inc.** | Case number (if known) **22-52950** |
| Name | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,706.91** |
|---|---|---|---|

**CBC LIGHTING**
**3025 A BATES RD**
**MONTREAL, QC H3S 2W8**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,959.47** |
|---|---|---|---|

**Chase Card Services**
**P. O. BOX 1423**
**Charlotte, NC 28201-1423**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$94.10** |
|---|---|---|---|

**Chinook Engineering**
**860 S Windrose Drive**
**Coupeville, WA 98239**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194.19** |
|---|---|---|---|

**CHRIST OUR HOPE**
**CATHOLIC CHURCH**
**1786 WELLBORN ROAD**
**LITHONIA, GA 30058**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,112.24** |
|---|---|---|---|

**Chubb**
**PO Box 382001**
**Pittsburgh, PA 15250-8001**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3.28** |
|---|---|---|---|

**CINTAS CORPORATION -MASTER**
**6800 CINTAS BLVD CINCINNATI**
**CINCINNATI, OH 45262**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,929.90** |
|---|---|---|---|

**CITY ELECTRIC SUPPLY(C.E.S.)**
**PO Box 131811**
**Charleston Division**
**Dallas, TX 75313**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,087.61** |
|---|---|---|---|

**CITY LIGHTS (65600)**
**PO BOX 6586**
**PHOENIX, AZ 85005**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59.90** |
|---|---|---|---|

**City of Dekalb Streets Dept.**
**1316 Market St**
**Dekalb, IL 60115-3533**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.94** |
|---|---|---|---|

**City of West Palm Beach**
**1045 charlotte ave**
**west palm beach, FL 33401**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.44** |
|---|---|---|---|

**Cityplex**
**7777 South Lewis Avenue**
**Tulsa, OK 74171**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$773.31** |
|---|---|---|---|

**COMCAST**
**P O BOX 530098**
**ATLANTA, GA 30353-0098**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$912.90** |
|---|---|---|---|

**Comcast (VOIP)**
**PO Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$351.00** |
|---|---|---|---|

**CommerceHub**
**25736 Network Place**
**Chicago, IL 60673-1257**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.08** |
|---|---|---|---|

**COMMERCIAL AND CUSTOM CABINET**
**2111 KILMAN DRIVE**
**TUCKER, GA 30084**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.79** |
|---|---|---|---|

**COMMERCIAL LIGHTING COMPANY**
**8201 NORTH HIMES AVE**
**TAMPA, FL 33614**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.00** |
|---|---|---|---|

**Connie Liles Auto Parts**
**1127 W.Orange Ave**
**Tallahassee, FL 32310**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$885.26** |
|---|---|---|---|

**Cooper Lighting (Eaton)**
**28362 Network Place**
**Chicago, IL 60673-1283**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.12** |
|---|---|---|---|

**CORPUS CHRISTI CATHOLIC CHURCH**
**ATTN: SALLY YADAV**
**600 MOUNTAIN VIEW DRIVE**
**STONE MOUNTAIN, GA 30083**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Credence Resource Mgt**
**4222 Trinity Mills**
**Suite 260**
**Dallas, TX 75287**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Agent for ATT__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.64** |
|---|---|---|---|

**Creditsafe USA Inc**
**PO BOX 789985**
**PHILADELPHIA, PA 19178-9985**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,470.90 |
|---|---|---|
| **CREE LIGHTING**<br>**75 REMITTANCE DRIVE**<br>**SUITE 6403**<br>**CHICAGO, IL 60675-6403** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **CST Co**<br>**PO Box 33127**<br>**Louisville, KY 40232** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Agent for Lutron Electroncis__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.25 |
|---|---|---|
| **Current Electric**<br>**305 Wells St**<br>**Greenfield, MA 01301** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Customer Credit Balance__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $502.53 |
|---|---|---|
| **DE ANDRADE MANGIERI LLC**<br>**ATTN JEFFERY M MANGIEI ESQ**<br>**2 RAVINIA DR STE 1530**<br>**ATLANTA, 30346 30346-0000** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.52 |
|---|---|---|
| **DECATUR DIGGS**<br>**141 GRAPE ST NE**<br>**ATLANTA, GA 30312** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Customer Credit Balance__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167.28 |
|---|---|---|
| **DECATUR PRESBYTERIAN CHURCH**<br>**ATTN ACCTS PAYABLE**<br>**205 SYCAMORE ST**<br>**DECATUR, GA 30030** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Customer Credit Balance__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.49 |
|---|---|---|
| **DEKALB COUNTY (SAN)**<br>**P. O. BOX 105942**<br>**DECATUR, GA 30348-5942** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|

Name

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$298.07** |
|---|---|---|---|

**DEKALB COUNTY (WTR)**
**P. O. BOX 71224**
**Charlotte, NC 28272-1224**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6.01** |
|---|---|---|---|

**Di-Coat Corporation**
**42900 W. 9 Mile Rd.**
**Novi, MI 48375**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$367.20** |
|---|---|---|---|

**DIAMOND RESTAURANT SERVICE, INC**
**849 EDMONDSON RD**
**MONROE, GA 30656**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222.92** |
|---|---|---|---|

**District850**
**2662 Fleischmann Road**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$794.53** |
|---|---|---|---|

**DIVERSE MARKETING**
**2050 N. Stemmons Frwy.**
**Suite 439 & 421**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.50** |
|---|---|---|---|

**DIVINE MORTUARY SERVICES**
**5620 HILLANDALE DR**
**LITHONIA, GA 30058**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,466.25** |
|---|---|---|---|

**Drew Bowen Electric**
**5231 Copelan Rd**
**Watkinsville, GA 30677**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address
**ECKARDT ELECTRIC**
**ATTN. ACCOUNTS PAYABLE**
**3690 NORTH PEACHTREE ROAD**
**ATLANTA, GA 30341**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

**$832.33**

---

**3.91** | Nonpriority creditor's name and mailing address
**EDWIN GAYNOR CORPORATION**
**200 CHARLES STREET**
**STRATFORD, CT 06615**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

**$2,978.52**

---

**3.92** | Nonpriority creditor's name and mailing address
**EIKO LTD.**
**8596 SOLUTION CENTER**
**CHICAGO, IL 60677-8005**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

**$148,345.44**

---

**3.93** | Nonpriority creditor's name and mailing address
**ELECTRIC SUPPLY & EQUIPMENT**
**ATTN: ACCOUNTS PAYABLE**
**P.O. BOX 20308**
**GREENSBORO, NC 27420**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

**$5.00**

---

**3.94** | Nonpriority creditor's name and mailing address
**Elite Aviation c/o Donna Tipton**
**18600 EDISON AVE**
**CHESTERFIELD, MO 63005-3644**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

**$19.34**

---

**3.95** | Nonpriority creditor's name and mailing address
**ELONG INTERNATIONAL USA.**
**1200 W. CROSBY ROAD**
**CARROLLTON, TX 75006**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☒ No ☐ Yes

**$3,940.74**

---

**3.96** | Nonpriority creditor's name and mailing address
**EMORY UNIVERSITY/PHARMACOLOGY**
**PO Box 3807**
**Scranton, PA 18505**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: __Customer Credit Balance__

Is the claim subject to offset? ☒ No ☐ Yes

**$175.36**

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,042.96** |
|---|---|---|---|

**ENCAPSULITE INTERNAT. (#65600)**
**P. O. BOX 1086**
**ROSENBERG, TX 77471**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,449.39** |
|---|---|---|---|

**ENERGETIC LIGHTING,INC**
**13445 12TH STREET**
**CHINO, CA 91710**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.60** |
|---|---|---|---|

**Entertainment Technology Inc**
**155 Atlanta Hwy**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,769.60** |
|---|---|---|---|

**ESL Vision, LLC**
**1136 South 3600 West**
**Suite 400**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,557.35** |
|---|---|---|---|

**EYE LIGHTING**
**9150 Hendricks Road**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$485.99** |
|---|---|---|---|

**Fairfield Inn and Suites**
**1355 Mall of Georgia Blvd.**
**Buford, GA 30519**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,802.26** |
|---|---|---|---|

**FANLIGHT CORPORATION**
**2000 S. GROVE AVE, BLDG B**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$56,650.24** |
|---|---|---|---|

**FEDERAL EXPRESS**
P.O. BOX 660481
DALLAS, TX 75266-0481

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,970.26** |
|---|---|---|---|

**FEDEX FREIGHT EAST**
DEPT CH
PO BOX 10306
PALATINE, IL 60055-0306

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**FEDEX Revenue Recovery Dept**
P Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,656.67** |
|---|---|---|---|

**FEELUX**
3000 NORTHWOODS PKWY
SUITE 165
NORCROSS, GA 30071

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.59** |
|---|---|---|---|

**FIRST SOUTHERN MANAGEMENT LLC**
1842 INDEPENDENCE SQUARE STE C
ATLANTA, GA 30338

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Customer Credit Balance

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88.50** |
|---|---|---|---|

**Flo-control**
80 Center Rd SE
Cartersville, GA 30121

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Customer Credit Balance

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$990.00** |
|---|---|---|---|

**FLORIDA DEPARTMENT OF CORRECTIONS**
P.O. BOX 13600
TALLAHASSEE, FL 32317

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Customer Credit Balance

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,824.53** |
|---|---|---|---|

**Ford Credit**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,379.61** |
|---|---|---|---|

**FULHAM COMPANY**
**P.O. BOX 845686**
**Los Angeles, CA 90084-5686**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$585.00** |
|---|---|---|---|

**Fusco's The Spot**
**4432 E Bristol Rd**
**Feasterville Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690.16** |
|---|---|---|---|

**FUSECO INC (75600)**
**1865 Corporate Dr., Ste 210**
**Norcross, GA 30093**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,282.80** |
|---|---|---|---|

**GA CENTRAL ELECTRICAL**
**100 Commerce Drive**
**P.O. Box 723**
**Tyrone, GA 30290**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$233.28** |
|---|---|---|---|

**Gatewood Schools**
**139 Phillips Dr.**
**Eatonton, GA 31024**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,251.30** |
|---|---|---|---|

**GEORGIA DUPLICATING PRODUCTS, INC.**
**(Xero**
**P O BOX 3547**
**MACON, GA 31205**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,696.01** |
|---|---|---|---|
| | **GEORGIA POWER COMPANY (#79530)**<br>**96 ANNEX**<br>**ATLANTA, GA 30396-0001** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$617.47** |
|---|---|---|---|
| | **GLOBAL INDUSTRIAL COMPANY**<br>**29833 Network Place**<br>**Chicago, IL 60673-1298** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.68** |
|---|---|---|---|
| | **GREATER ATLANTA CHRISTIAN SCHOOL**<br>**1575 INDIAN TRAIL RD**<br>**NORCROSS, GA 30093** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.88** |
|---|---|---|---|
| | **GREEK ORTHODOX CATHEDRAL**<br>**2500 CLAIRMONT ROAD**<br>**ATTN: Victor Rodi**<br>**ATLANTA, GA 30329** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,379.90** |
|---|---|---|---|
| | **GREEN CREATIVE**<br>**PO Box 930495**<br>**Atlanta, GA 31193-0495** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24.98** |
|---|---|---|---|
| | **GREEN GLOW DOCK LIGHT**<br>**4604 49th St. North**<br>**Suite 122**<br>**Saint Petersburg, FL 33709** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299,477.03** |
|---|---|---|---|
| | **HALCO LIGHTING Technologies LLC**<br>**PO BOX 936822**<br>**ATLANTA, GA 31193-6822** | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.125** | **Nonpriority creditor's name and mailing address**
HATCH TRANSFORMERS
7821 WOODLANDS CENTER BLVD
TAMPA, FL 33614

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$14,604.72**

---

**3.126** | **Nonpriority creditor's name and mailing address**
Hep Group USA
12245 Florence Avenue
Santa Fe Springs, CA 90670

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$4,171.78**

---

**3.127** | **Nonpriority creditor's name and mailing address**
HLI Solutions Inc.
Hubbell
701 Millennium Blvd
Geeenville, SC 29607

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.128** | **Nonpriority creditor's name and mailing address**
HOLIDAY DIVISION (#65600)
ACTION LIGHTING
310 ICE POND DR
BOZEMAN, MT 59715

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$1,909.46**

---

**3.129** | **Nonpriority creditor's name and mailing address**
HOLIDAY INN EXPRESS - CADILLAC
7642 SOUTH US. 131
CADILLAC, MI 49601

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

**$78.00**

---

**3.130** | **Nonpriority creditor's name and mailing address**
HONYA Lighting
Garden City NY 11530 United States
Garden City, NY 11530

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

**$12,023.00**

---

**3.131** | **Nonpriority creditor's name and mailing address**
HORMEL FOODS CORP
P O BOX 900
AUSTIN, MN 55912

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

**$3.28**

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,990.35** |

**HOWARD INDUSTRIES**
P. O. BOX 11407
BIRMINGHAM, AL 35246-1132

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,229.30** |

**HUBBELL LIGHTING, INC.**
DEPT CH 14175
PALATINE, IL 60055

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,366.77** |

**Ignite Industrial Consignment**
Attn: Jeff Heilman
568 George Bishop Pkwy
Myrtle Beach, SC 29579

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$939.79** |

**Imaging Center**
22647 Ventura Blvd.
Ste. 661
Woodland Hills, CA 91364

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,484.11** |

**INDUSTRIAL PKG CORP (75601)**
PO BOX 740438
ATLANTA, GA 30374-0438

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56.18** |

**INFINITE ENERGY CENTER**
ATT: Jan Mitchell
6400 SUGARLOAF PARKWAY
DULUTH, GA 30097

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Customer Credit Balance_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.78** |

**INTERLIGHT**
7939 NEW JERSEY AVENUE
HAMMOND, IN 46323-3040

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.139** Nonpriority creditor's name and mailing address
**INTERMATIC**
**P.O.BOX 71596**
**CHICAGO, IL 60694**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$2,607.22

---

**3.140** Nonpriority creditor's name and mailing address
**INTERSTATE ALL BATTERIES WH**
**PO BOX 1909**
**SUWANEE, GA 30024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$4,445.69

---

**3.141** Nonpriority creditor's name and mailing address
**IRON MOUNTAIN**
**P O BOX 915004**
**DALLAS, TX 75391-5004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$7,153.18

---

**3.142** Nonpriority creditor's name and mailing address
**ITV ASSOCIATES, INC.**
**1845 SOUTH LEE COURT**
**BUFORD, GA 30518**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

$526.89

---

**3.143** Nonpriority creditor's name and mailing address
**J.D. INTERNATIONAL**
**P. O. BOX 668755**
**POMPANO BEACH, FL 33066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

$9,892.22

---

**3.144** Nonpriority creditor's name and mailing address
**Jackpot Junction Casino Hotel**
**PO Box 420**
**Morton, MN 56270**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

$87.16

---

**3.145** Nonpriority creditor's name and mailing address
**Jennifer W Gordona DDS LLC**
**105 East Ohio avenue**
**Mount Vernon, OH 43050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ☑ No  ☐ Yes

$42.45

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,836.51**

**Jiawei Technology (USA) Limited**
**29470 Union City Blvd.**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,712.30**

**JL Lighting**
**4505 Peachtree Industrial Blvd**
**STE D**
**Berkeley Lake, GA 30092**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,580.00**

**John Jimenez DDS**
**4831 SOQUEL DR**
**SOQUEL, CA 95073-2428**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,280.00**

**KC ELECTRONIC DISTRIBUTORS**
**186 NORTH BELLE MEAD ROAD**
**East Setauket, NY 11733**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.50**

**KENDALL ELECTRIC, INC (ALL 42)**
**5101 S. SPRINKLE ROAD**
**PORTAGE, MI 49002-2049**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289,298.70**

**KEYSTONE TECHNOLOGIES**
**PO BOX 69159**
**Baltimore, MD 21264-9159**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,075.49**

**LADE ELECTRICAL SUPPLY(#65600)**
**US ELECTRICAL SERVICES, INC, ATTN:**
**LBS**
**PO BOX 101569**
**ATLANTA, GA 30392-1569**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,046.13** |
|---|---|---|---|

**LEDVANCE LLC *429484***
**PO BOX 5163**
**Carol Stream, IL 60197-5163**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:  __Vendor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,553.75** |
|---|---|---|---|

**LIGHT EFFICIENT DESIGN**
**188 NORTHWEST HWY**
**SUITE 301**
**CARY, IL 60013**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:  __Vendor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,130.00** |
|---|---|---|---|

**LIGHTING ASSOCIATES**
**3600 SWIFTWATER PARK DRIVE**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:  __Vendor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,378.91** |
|---|---|---|---|

**Lighting Supply (formerly LIGHT BULB DIS**
**L-4058**
**Columbus, OH 43260-4058**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:  __Vendor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,280.00** |
|---|---|---|---|

**LITETRONICS (#65600)**
**6969 West 73rd Street**
**BEDFORD PARK, IL 60638**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:  __Vendor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.00** |
|---|---|---|---|

**LOWE ELECTRIC SUPPLY COMPANY**
**ATTN: ACCOUNTS PAYABLE**
**P O BOX 4767**
**MACON, GA 31208**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:  __Customer Credit Balance__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,786.29** |
|---|---|---|---|

**LUMIRAM (#65600)**
**707 Executive Blvd. 1A**
**Valley Cottage, NY 10989**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**
**Last 4 digits of account number**

Basis for the claim:  __Vendor__

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Atlanta Light Bulbs, Inc.**
        _Name_

Case number _(if known)_  **22-52950**

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$13,207.92** |
|---|---|---|---|

**LUTRON ELECTRONICS (NO DROPSHIP)**
P O BOX 643782
PITTSBURGH, PA 15264-3782

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$226.30** |
|---|---|---|---|

**MAINTENANCE SUPPLY**
ATTN: ACCOUNTS PAYABLE
6910 Brasada Dr.
Houston, TX 77085

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$98,216.30** |
|---|---|---|---|

**MAJOR SUPPLY INTERNATIONAL**
5400 NW 35TH Terrace
SUITE 104
Ft. Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,393.34** |
|---|---|---|---|

**MARKET GROUP VENTURES (#65600)**
P. O. BOX 40
SHAWNIGAN LAKE, BC V0R 2W0

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,644.00** |
|---|---|---|---|

**MARTIN SPROCKET & GEAR, INC.**
ATTN: ACCOUNTS PAYABLE
P.O. BOX 886
SCOTTDALE, GA 30079

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$220.00** |
|---|---|---|---|

**Maxair Mechanical LLC**
3435 Breckinridge Blvd
Ste 120
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$13,368.75** |
|---|---|---|---|

**MAXLITE/SK AMERICA**
PO BOX 844825
BOSTON, MA 02284-4825

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**McGahren Law Firm, LLC**
**6171 Crooked Creek Road**
**Peachtree Corners, GA 30092**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$159.00** |
|---|---|---|---|

**McNeely Electric, Inc.**
**8201 Alcorn Circle**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$161.73** |
|---|---|---|---|

**MedCura Medical Center**
**5582 Memorial Dr.**
**Lithonia, GA 30032**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Merchant Services**
**PO Box 6010**
**Hagerstown, MD 21741**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,067.97** |
|---|---|---|---|

**METROPOWER INC**
**ATTN: ACCOUNTS PAYABLE**
**PO BOX 5228**
**ALBANY, GA 31706**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,904.60** |
|---|---|---|---|

**MICROLAMP**
**2954 N. W. 60TH STREET**
**FT LAUDERDALE, FL 33309**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,479.50** |
|---|---|---|---|

**MILLER OEM SUPPLIES (#65600)**
**3612 N. 16TH STREET**
**PHOENIX, AZ 85016**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (*if known*) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,697.52** |
|---|---|---|---|

**MILWAUKEE LIGHT BULB**
**P. O. BOX 125**
**OAK CREEK, WI 53154**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset?  [x] No  [ ] Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,444.80** |
|---|---|---|---|

**Modern Forms**
**23550 Network Place**
**Chicago, IL 60673-1235**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset?  [x] No  [ ] Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,538.45** |
|---|---|---|---|

**MORRIS PRODUCTS INC**
**53 CAREY ROAD**
**QUEENSBURY, NY 12804**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset?  [x] No  [ ] Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,579.46** |
|---|---|---|---|

**MULTI LITE USA (#65600)**
**172 W. Providencia, Unit 101**
**Burbank, CA 91502**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset?  [x] No  [ ] Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Murphy Lomon & Associates**
**2860 River Rd, Ste 2000**
**Des Plaines, IL 60018**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Agent for Intermatic**

Is the claim subject to offset?  [x] No  [ ] Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.80** |
|---|---|---|---|

**NBT Bank**
**120 North Keyser Ave**
**Scranton, PA 18504**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset?  [x] No  [ ] Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,424.51** |
|---|---|---|---|

**NICOR, INC**
**2200 MIDTOWN PL NE**
**STE A**
**ALBUQUERQUE, NM 87107**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset?  [x] No  [ ] Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165,772.38** |
|---|---|---|---|
| | **NORCROSS ELECTRIC SUPPLY**<br>**4190 Capital View Dr**<br>**Suwanee, GA 30024** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,331.30** |
|---|---|---|---|
| | **NORMAN LAMPS**<br>**P. O. BOX 3550**<br>**ST CHARLES, IL 60174** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83.07** |
|---|---|---|---|
| | **NORTH DECATUR PRESBYTERIAN**<br>**CHURCH**<br>**611 MEDLOCK RD**<br>**DECATUR, GA 30033** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$376.80** |
|---|---|---|---|
| | **NORTHROP GRUMMAN**<br>**1201 CONTINENTAL BLVD**<br>**CHARLOTTE, NC 28273** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Customer Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$291.00** |
|---|---|---|---|
| | **Northwest Exterminating**<br>**830 Kennesaw Ave**<br>**Marietta, GA 30060** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,163.83** |
|---|---|---|---|
| | **NORTHWEST MUTUAL FINANCIAL**<br>**NETWORK**<br>**ATTN: AUBREY VAUGH**<br>**3438 PEACHTREE RD SUITE 1200**<br>**ATLANTA, GA 30326** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,037.75** |
|---|---|---|---|
| | **NSI Industries**<br>**9730 Northcross Center Ct**<br>**Huntersville, NC 28078** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793.80 |
|---|---|---|---|

**NULIGHT CONSULTING**
**PO Box 3406**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.51 |
|---|---|---|---|

**Ocean Glass Inn**
**37299 Rehoboth Avenue**
**Rehoboth Beach, DE 19971**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer Credit Balance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $474.97 |
|---|---|---|---|

**OFFICE DEPOT**
**PO BOX 88040**
**CHICAGO, IL 60680-1040**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,555.68 |
|---|---|---|---|

**Old World Industries, LLC**
**P.O. BOX 204549**
**DALLAS, TX 75320**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,683.00 |
|---|---|---|---|

**ON HOLD MEDIA GROUP**
**3001 DALLAS PARKWAY**
**SUITE 220**
**FRISCO, TX 75034**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,098.67 |
|---|---|---|---|

**Oracle America, Inc.**
**Bank of America Lockbox Services**
**15612 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,342.28 |
|---|---|---|---|

**Orbit Industries, Inc.**
**2100 South Figueroa Street**
**Acct# 2409**
**Los Angeles, CA 90007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.80 |
|---|---|---|---|

**Orchid Cove at Palm Harbor**
**2600 Highlands Blvd N**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,719.37 |
|---|---|---|---|

**OSRAM SYLVANIA INC**
**P O BOX 2114**
**ACCT# 428412**
**CAROL STREAM, IL 60132-2114**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.17 |
|---|---|---|---|

**OTTLITE TECHNOLOGIES**
**1715 N. WESTSHORE BLVD**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,520.74 |
|---|---|---|---|

**Oxem, LLC**
**2413 Eastwood Village Dr.**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,924.25 |
|---|---|---|---|

**PHILIPS (FIXTURES) Luminaries (Sesco)**
**P.O. Box 100194**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,866.58 |
|---|---|---|---|

**Philips (LAMPS) Lighting**
**P.O. Box 100194**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.75 |
|---|---|---|---|

**PHILIPS EMERGENCY LIGHTING (#A000881)**
**P.O. BOX 100282**
**ATLANTA, GA 30384-0282**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number *(if known)* | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,915.50** |
|---|---|---|---|

**Philips Lighting Electronics (ADVANCE)**
P.O. Box 100194
ATLANTA, GA 30384

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Photometric Design**
1066 CHARTLEY DR SW
LILBURN, GA 30047

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pitney Bowes**
2225 American Drive
Neenah, WI 54956

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$296.88** |
|---|---|---|---|

**PITNEY BOWES GLOBAL**
PO BOX 371887
PITTSBURGH, PA 15250-7887

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159.21** |
|---|---|---|---|

**POINTS ELECTRICAL**
5500 Oakbrook Pkwy ste 210
NORCROSS, GA 30093

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$589.68** |
|---|---|---|---|

**POWERSELECT INC**
15602 COMMERCE LANE
HUNTINGTON BEACH, CA 92649

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$611.00** |
|---|---|---|---|

**PPG AEROSPACE**
6022 Corporate Way
Indianapolis, IN 46278

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (*if known*) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,197.00** |
|---|---|---|---|

**PQL (#656.00)**
**2285 WARD AVENUE**
**SIMI VALLEY, CA 93065**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$214.96** |
|---|---|---|---|

**PRINCIPAL HANDY SOLUTIONS**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |
|---|---|---|---|

**Pro Source Industrial, LLC**
**DBA. Mechanical Services**
**3806 Calhoun Ave**
**Chattanooga, TN 37407**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Quality Industries, Inc.**
**1595 Ocean Ave**
**Unit B1**
**Bohemia, NY 11716**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$982.84** |
|---|---|---|---|

**Quest Diagnostics.com**
**1 Malcolm Ave.**
**Teterboro, NJ 07074**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,601.69** |
|---|---|---|---|

**QuikTrip Fleetmaster (QT)**
**PO Box 4337**
**Carol Stream, IL 60197-4337**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$983.18** |
|---|---|---|---|

**R&L Carriers**
**PO Box 10020**
**Port William, OH 45164-2000**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number (if known) | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rauch-Milliken International**<br>**PO Box 8390**<br>**Metairie, LA 70011** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Agent for Reece Supply CO__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,611.44** |
|---|---|---|---|
| | **REECE SUPPLY CO OF GA (#65600)**<br>**5755 OAKBROOK PARKWAY**<br>**NORCROSS, GA 30093** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113.95** |
|---|---|---|---|
| | **RELIANT REAL ESTATE MANAGEMENT**<br>**15600 Old 41 Rd**<br>**Naples, FL 34110** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.00** |
|---|---|---|---|
| | **Restaurant Technologies**<br>**2250 Pilot Knob Road**<br>**Ste 100**<br>**Mendota Heights, MN 55120** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,251.10** |
|---|---|---|---|
| | **RF Smart (ICS, Inc)**<br>**PO Box 638345**<br>**Cincinnati, OH 45263-8345** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,697.52** |
|---|---|---|---|
| | **RIZE ENTERPRISES**<br>**PO BOX 1311**<br>**BRENTWOOD, NY 11717** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.86** |
|---|---|---|---|
| | **RKB Maintenance Solutions**<br>**350 Motor Parkway**<br>**Suite 412**<br>**Hauppauge, NY 11788** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61.80** |
| | **ROBERT N JONES MD** | ☐ Contingent | |
| | **217 FAIRWAY DRIVE** | ☐ Unliquidated | |
| | **NEW ORLEANS, LA 70124** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Customer Credit Balance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348,029.03** |
| | **ROBERT TAITZ** | ☐ Contingent | |
| | **3860 Falls Landing Drive** | ☐ Unliquidated | |
| | **Johns Creek, GA 30022** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,888.63** |
| | **RST VISIONS IN COLOR** | ☐ Contingent | |
| | **8655 Tamarack Ave** | ☐ Unliquidated | |
| | **Sun Valley, CA 91352** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77.40** |
| | **Sajjadian Medical Corp.** | ☐ Contingent | |
| | **496 Old Newport Blvd** | ☐ Unliquidated | |
| | **Suite 3** | ☑ Disputed | |
| | **Newport Beach, CA 92663** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _Customer Credit Balance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,154.94** |
| | **SATCO PRODUCTS** | ☐ Contingent | |
| | **900 N.W. 159TH DRIVE** | ☐ Unliquidated | |
| | **MIAMI, FL 33169** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$542.12** |
| | **SCANA ENERGY** | ☐ Contingent | |
| | **PO BOX 100157** | ☐ Unliquidated | |
| | **COLUMBIA, SC 29202-3157** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.00** |
| | **SEBCO INDUSTRIES** | ☐ Contingent | |
| | **2621 S. Main Street** | ☐ Unliquidated | |
| | **SANTA ANA, CA 92707** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Vendor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor **Atlanta Light Bulbs, Inc.**
Name

Case number (if known)    **22-52950**

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.64 |
|---|---|---|---|

**Semperlite**
**141 Cassia Way**
**Suite A, Room 100**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,982.00 |
|---|---|---|---|

**SENGLED**
**155 Bluegrass Valley Pkwy**
**Suite 200**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59.96 |
|---|---|---|---|

**SILVERTON FIRST AID SQUAD**
**86 MAINE STREET**
**Toms River, NJ 08753-1780**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**SITLER'S SUPPLIES (#65600)**
**111 WEST VIEW DRIVE**
**WASHINGTON, IA 52353**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.50 |
|---|---|---|---|

**Sound Services-RH Nolte**
**Po Box 18**
**Bylas, AZ 85530**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83.88 |
|---|---|---|---|

**SOUTHERN EQUIPMENT SALES**
**ATTN: ACCOUNTS PAYABLE**
**1896 FORGE STREET**
**TUCKER, GA 30084**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.00 |
|---|---|---|---|

**SOUTHLAND ELECTRIC, INC**
**ATT: SCOTT NELSON**
**2239 DILLARD STREET**
**TUCKER, GA 30084**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Customer Credit Balance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.15** |
|---|---|---|---|

Sparkles Smyrna
666 Smyrna Hill Dr
Smyrna, GA 30082

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Custommer

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,250.08** |
|---|---|---|---|

Spot Lighting
PO Box 20860
Long Beach, CA 90801

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,231.75** |
|---|---|---|---|

STANDARD ENTERPRISES (DBA Watt-man)
(656
DBA  WATT-MAN LED LIGHTING
P.O. BOX 1345
DECATUR, GA 30031

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$649.37** |
|---|---|---|---|

STAPLES ADVANTAGE
DEPT ATL
P O BOX 405386
ATLANTA, GA 30384-5386

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Staples Busienss Credit
PO Box 105638
Altanta, GA 30348

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,906.15** |
|---|---|---|---|

SUNSHINE LIGHTING
744 CLINTON STREET
BROOKLYN, NY 11231

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vendor

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72.90** |
|---|---|---|---|

SUPER H MART DISTRIBUTION
2550 Pleasant Hill Rd
STE 300
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Customer Credit Balance

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27.60** |
|---|---|---|---|

**SYNOVOS**
**16888 STATE ROUTE 706**
**MONTROSE, PA 18801**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.53** |
|---|---|---|---|

**TBF Computing**
**1090 Cobb Industrial Dr**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,636.73** |
|---|---|---|---|

**TECHNICAL CONSUMER PRODUCTS**
**3691 SOLUTIONS CENTER**
**CHICAGO, IL 60677-3006**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,124.62** |
|---|---|---|---|

**TECHNO USA LLC**
**1580 Boggs Road**
**Suite 500**
**Duluth, GA 30097**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$270.00** |
|---|---|---|---|

**THE HARTFORD (#75850)**
**P. O. BOX 660916**
**DALLAS, TX 75266-0916**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,357.87** |
|---|---|---|---|

**The Retirement Advantage**
**47 Park Place**
**Suite 850**
**Appleton, WI 54914**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,058.45** |
|---|---|---|---|

**THHC LIGHTING**
**1411 North Batavia Street, Suite 212**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Atlanta Light Bulbs, Inc.** | | Case number *(if known)* | **22-52950** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,729.52** |
|---|---|---|---|
| | **TOPAZ LIGHTING (65600)**<br>**PO Box 7247, Mail Code 7333**<br>**Philadelphia, PA 19170-0001** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,654.29** |
|---|---|---|---|
| | **TOPSTAR INTERNATIONAL**<br>**291 Kettering Drive**<br>**Ontario, CA 91761** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$287.52** |
|---|---|---|---|
| | **TOPSTAR INTERNATIONAL**<br>**13668 VALLEY BLVD**<br>**SUITE D-2**<br>**CITY INDUSTRY, CA 91746** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$244.40** |
|---|---|---|---|
| | **TRC Electroncis**<br>**4171 Stony Lane**<br>**Doylestown, PA 18902** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$911.25** |
|---|---|---|---|
| | **TRUE VISION SYSTEMS** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Customer Credit Balance__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,534.39** |
|---|---|---|---|
| | **UNITED PARCEL SERVICE (#65702)**<br>**P. O. BOX 7247-0244**<br>**PHILADELPHIA, PA 19170-0001** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,625.92** |
|---|---|---|---|
| | **UNIVERSAL LIGHTING (MAGNETEK)**<br>**PO BOX 5510**<br>**CAROL STREAM, IL 60197-5510** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.258** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,642.19**

**US BANK EQUIPMENT FINANCE**
**P O BOX 790448**
**ST LOUIS, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.259** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,817.92**

**USHIO AMERICA**
**6045 SOLUTION CENTER**
**CHICAGO, IL 60677-6000**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.260** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$155.00**

**van der Veen, Hartshorn & Levin**
**1219 Spruce St.**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.261** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Verizon**
**PO Box 408**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,288.00**

**Verizon Connect Fleet USA LLC**
**PO Box 15043**
**Albany, NY 12212-5043**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Versapay**
**548 Market Street # 43812**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.30**

**Verum Analytics Industries**
**18916 Bonanza Way**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Customer Credit Balance__

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.29**

**WAGES & SONS**
**ATTN: HANK WAGES**
**P.O. BOX 605**
**STONE MOUNTAIN, GA 30086**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$113.50**

**WageWorks, Inc. (take care)**
**1100 Park Place, 4th floor**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76.44**

**WellMax Center for Preventive Medicine**
**45200 Club Dr**
**Suite B**
**Indian Wells, CA 92210-8837**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89.28**

**Western Securities**
**2626 Howell St.**
**Suite 850**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$230.00**

**WESTINGHOUSE LIGHTING (ANGELO)**
**P. O. BOX 780984**
**P. O. BOX 780984**
**Philadelphia, PA 19178-0984**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297.33**

**Wildwood Services LLC**
**2242 Otter Creeek Ln**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128.90**

**Wiredup Electric Inc.**
**14723 Weeks Dr.**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Credit Balance**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Atlanta Light Bulbs, Inc.** | Case number (if known) | **22-52950** |
|---|---|---|---|
| | Name | | |

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$219,418.77** |
|---|---|---|---|

**WORLDWIDE SPECIALTY**
**6759 OAK RIDGE COMMERCE WY**
**AUSTELL, GA 30168**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,334.67** |
|---|---|---|---|

**XTRA LITE LIGHTING**
**6300 ST LOUIS STREET**
**MERIDIAN, MS 39307**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$593.21** |
|---|---|---|---|

**Z&R LIGHTING**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Customer Credit Balance_

Is the claim subject to offset? ■ No ☐ Yes

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,600.00** |
|---|---|---|---|

**ZLED Lighting**
**1536 Kings Highway North**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Vendor_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 7,014.07 |
| **5b. Total claims from Part 2** | 5b. | + $ | 3,572,043.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,579,057.55 |